

Michelle C. Streifthau-Livizos
Phone: (302) 421-6819
Fax: (302) 421-6813
michelle.streifthau-livizos@saul.com
www.saul.com

October 3, 2023

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 North King Street, Unit 26
Wilmington, DE 19801-3555

    RE:    *Acadia Pharms. Inc. v. Aurobindo Pharma Limited, et al.*,
            C.A. No. 22-1387-GBW (D. Del.) – *Markman* Hearing

Dear Judge Williams:

    Pursuant to Paragraph 9 of the Scheduling Order (D.I. 16), we write on behalf of the parties regarding the claim construction hearing scheduled for December 19, 2023 at 1:00 p.m. in this matter.

    **Live Testimony**: Plaintiff does not believe that live testimony is necessary, but seeks leave to present a witness/witnesses if Defendants are granted leave to present Dr. R. Christian Moreton.

    Defendants request leave to present Dr. R. Christian Moreton, who is an expert in the pharmaceutical industry and in formulating drug products, and who has submitted a Declaration in support of Defendants' Responsive Claim Construction Brief served today.  Defendants believe live testimony from Dr. Moreton would be helpful to the Court's consideration of the disputed claim terms in this case.

    If leave is granted and a party intends to present a witness live, the parties agree that all such witnesses will be made available for a deposition on a mutually agreeable date between November 21 and December 12, 2023.

    **Hearing Length and Time Allocation**: The parties request that three hours be allocated for the hearing, with one and a half hours allocated to each side.

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 1201 North Market Street, Suite 2300 Wilmington, DE 19801

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
51131975.1

October 3, 2023
Page 2

                                            Respectfully,

                                            /s/ *Michelle C. Streifthau-Livizos*

                                            Michelle C. Streifthau-Livizos (#6584)

cc: Clerk of the Court (via hand delivery)
    All Counsel of Record (via CM/ECF and e-mail)