# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1387-GBW |
| v. | ) |
| | ) **CONSOLIDATED** |
| AUROBINDO PHARMA LIMITED, *et al.* | ) |
| | ) |
| Defendants. | ) |

## JOINT TECHNOLOGY TUTORIAL

James D. Taylor, Jr.(#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

OF COUNSEL:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
Rebecca A. Hilgar
Felix A. Eyzaguirre
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com
rebeccahilgar@paulhastings.com
felixeyzaguirre@paulhastings.com
*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

James S. Green, Jr. (#4406)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

OF COUNSEL:

Brent A. Batzer
Shashank Upadhye
Yixin Tang
UPDHYE TANG. LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
(312) 598-2610
brent@ipfdalaw.com
shashank@ipfdalaw.com
yixin@ipflalaw.com

*Attorneys for Defendants MSN Laboratories Private Ltd.
and MSN Pharmaceuticals, Inc.*

R. Touhey Myer (#5939)
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

OF COUNSEL:

Michael T. Hogan
KRATZ & BARRY LLP
325 Chestnut Street, Suite 883 #259
Philadelphia, PA 19106
mhogan@kratzandbarry.com

Timothy H. Kratz
KRATZ & BARRY LLP
1050 Crown Point Parkway, Suite 500
Atlanta, GA 30338
tkratz@kratzandbarry.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

# Joint Technology Tutorial

Prepared for the Honorable Gregory B. Williams

United States District Judge

District of Delaware

Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, *et al.*

Civil Action No. 22-1387-GBW (Consolidated)

November 7, 2023

1

# Summary of Contents

- Patent-in-Suit
  - Exemplary Claims
- Technical Terms
  - Granulation
  - Blending
  - Excipients
  - Blending Granules with an Excipient
- Background on Nuplazid®
  - Nuplazid® and Parkinson's Disease Psychosis
  - The Patented Invention

# Patent-in-Suit: U.S. Patent No. 11,452,721

- **Title**: Formulations of Pimavanserin

- **Inventors**: Ravindra Tejwani, Stephen Edward Abele, Emanuel Joseph Vizzotti

- **Assignee**: ACADIA Pharmaceuticals Inc.

- **Application No. 17/693,830**:

  - Issued September 27, 2022

  - Filed March 14, 2022

  - Provisional Application No. 62/552,300, filed on August 30, 2017



U.S. Patent No. 11,452,721 at Cover

3

# Exemplary Claims of the '721 Patent

> 1. A pharmaceutically acceptable capsule for orally delivering 34 mg of pimavanserin to a patient, wherein the capsule has a size 3 or 4 capsule shell that contains a blended pimavanserin composition comprising:
>     granules comprising 40 mg pimavanserin tartrate and optionally one or more pharmaceutically acceptable excipients;
>     and one or more blending excipients; wherein the bulk density of the granules is >0.4 g/ml as determined by USP<616>, method 1.

> 4. A pharmaceutically acceptable capsule for orally delivering 34 mg of pimavanserin to a patient, wherein the capsule has a capsule shell with a capsule shell size 3 or 4, that encapsulates a blended pimavanserin composition comprising:
>     granules comprising 40 mg pimavanserin tartrate and one or more pharmaceutically acceptable excipients; and wherein the bulk density of the granules is >0.4 g/ml as determined by USP<616>, method 1.

4

# Technical Terms

# Granulation

> The term "granulation" as used herein, and as conventionally used in the pharmaceutical industry, refers to the act or process in which primary powder particles are made to adhere to form larger, multiparticle entities called granules. Granules may for example be formed collecting particles together by creating mechanical bonds between them, e.g. by compression or by using a binder. Granulation is extensively used in the manufacturing of tablets and capsules.

(the '721 patent at 4:43-50)

> Generally a granulation process combines one or more particles and forms a granule that will allow tableting or the encapsulation process to be within required limits. The granulation process can be made predictable and repeatable. The granulation can be performed in a variety of equipment such as, but not limited to, low shear, high shear granulators, fluid bed granulator, roller compactor, and slugger.

(the '721 patent at 4:53-59)

# Blending

> The term "blending" refers to the mixing of pharmaceutical ingredients to form a mixture of the ingredients, e.g. active pharmaceutical ingredient (API) and diluent, as defined by pharmaceutical specifications in the compendial references using a variety of equipment such as, but not limited to, "V"-blenders, bin-blenders, cone-blenders.

(the '721 patent at 4:59-64)

7

# Excipients

> As used herein, an "excipient" refers to an inactive ingredient that is added to a pharmaceutical composition to provide, without limitation, bulk, consistency, stability, binding ability, lubrication, disintegrating ability, etc., to the composition.

(the '721 patent at 3:50-54)

8

# Binder

> As used herein, a "binder" is an excipient holding the ingredients together, and forming granules or tablets with required mechanical strength, and may give volume to the formulation. Specific examples of binders are mono-, di-,

(the '721 patent at 3:63-66)

# Blending Pimavanserin Granules with an Additional Excipient

Provided herein are also processes for manufacturing a capsule comprising 5-34 mg pimavanserin or a pharmaceutically acceptable salt thereof comprising: adding water to pimavanserin or a pharmaceutically acceptable salt thereof, and granulating pimavanserin or a pharmaceutically acceptable salt thereof with the water; controlling the impeller speed and/or amperage; drying the granulated pimavanserin or a pharmaceutically acceptable salt thereof; sizing the dried granulated pimavanserin or a pharmaceutically acceptable salt thereof; ==blending the dried and granulated pimavanserin or a pharmaceutically acceptable salt thereof and one or more filler;== encapsulating the blended pimavanserin composition in a capsule of size 3 or 4.

(the '721 patent at 2:4-16)

10

# Blending API Granules with an Additional Excipient



(the '721 patent, FIG. 3)

11

# Pimavanserin and Excipients Granulated Together

> of the granulation process). As disclosed herein it has been demonstrated that pimavanserin can be granulated without the use of a binder, i.e. utilizing water only. It is however contemplated that in some embodiments suitable binders, such as cellulose, methyl cellulose, polyvinylpyrrolidone and polyethylene glycol may be used, although not a necessity. The present high shear granulation of pimavanserin

(the '721 patent at 16:04-10)

> Another embodiment of the composition described above includes pimavanserin tartrate granulation containing less than 10% w/w Avicel PH302 and colloidal silicon dioxide, e.g. Aerosil Pharma 200 manufactured by Evonik, with a specific surface area from about 175 to about 225 m²/g blended with less than 60% w/w microcrystalline cellulose, such as Avicel PH302 or equivalent microcrystalline cellulose, and about 1% w/w magnesium stearate.

(the '721 patent at 17:36-51)

12

# Blending Pimavanserin with Additional Excipients

> pimavanserin granulation. In some embodiments **pimavanserin is blended with a diluent**, e.g. microcrystalline cellulose **and lubricant**, magnesium stearate only, whereas

(the '721 patent at 12:03-09)

13

# Blending Pimavanserin Alone or with Additional Excipients if Practiced with Embodiments on Slide 12

Granulation: The required ingredients for all operations of the entire process are weighed. The loss-on-drying (LOD) moisture content of the pimavanserin is determined, for example using an appropriate LOD instrument such as those manufacture by Mettler, Ariz. Instruments, Ohaus or Denver Instruments. Drying end point may be determined using temperature, time or weight loss. Pimavanserin is charged through a screen (25-40 mesh) into a high shear granulator, for example a Glatt Powerex 50 liter high shear granulator equipped with a 25 liter bowl. Following a pre-blend in the high shear granulator (200-400 rpm), granulation water, e.g. 5-8% w/w is sprayed at a controlled rate ((18.5-26.5 g/min) at 15 psi (10.0-20.0) atomization air pressure while monitoring the impeller speed ((200-400 rpm)) and amperage, chopper speed (1600-2000 rpm). When the impeller amper-

(the '721 patent at 20:15-29)

Provided herein are embodiment for manufacturing pimavanserin granulation by: providing pimavanserin (weighed and the loss-on-drying (LOD) moisture content determined) to a high shear granulator; pre-blending (optional); providing granulation water, e.g. 3-8% w/w, e.g. by spraying at a controlled rate and/or a controlled pattern (e.g. using an atomization nozzle) while monitoring the impeller speed and/or amperage, and granulating; stopping the provision of granulation water, e.g. when the impeller amperage increases; wet massing, e.g. without changing the impeller speed; drying the wet granulation, e.g. in a fluid bed dryer until the LOD moisture is at or below the LOD moisture of the pimavanserin as provided; and sizing, e.g. through a 10-mesh screen; and obtaining pimavanserin granulation. Said pimavanserin granulation being suitable for encapsulation in size 3 or 4 capsules, for example by providing additional excipients during the screening, followed by filling of the capsule.

(the '721 patent at 17:63-18:13)

14

# Background on Nuplazid®

15

# Nuplazid® and Parkinson's Disease Psychosis

- Parkinson's Disease Psychosis ("PDP") is a debilitating symptom that may appear in Parkinson's disease patients, causing them to experience hallucinations and delusions

- Nuplazid® was launched in the United States in 2016 and is the only FDA-approved medicine to treat PDP-related hallucinations and delusions

- Nuplazid® was not indicated to treat Parkinson's Disease or PDP, per se

- The active ingredient in Nuplazid® is pimavanserin tartrate

- The FDA approved dose of Nuplazid® is 40 mg pimavanserin tartrate (equivalent to 34 mg pimavanserin free base)

16

# The Patented Invention

- Nuplazid® originally launched as a 17 mg tablet formulation
    - PDP patients were required to take <u>two</u> 17 mg tablets daily

- ACADIA sought to develop a <u>single</u> 34 mg formulation in a small sized capsule for ease of administration and enhanced patient compliance

- ACADIA achieved this by "spraying water to pimavanserin, followed by a granulation process, wherein pimavanserin is granulated without addition of a binder, and blending followed by encapsulation." (The '721 patent, at 9:53-56).





17