**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, et al.,<br><br>Defendants. | C. A. No. 22-cv-1387-GBW<br><br>**CONSOLIDATED** |

## ORDER

AND NOW, this 13th day of December 2023, having reviewed and considered the parties' respective claim construction arguments set forth in the parties' joint claim construction briefing, D.I. 39, **IT IS HEREBY ORDERED** that the disputed terms of U.S. Patent No. 11,452,721 (the "'721 patent") are construed as follows:

| Term No. | Claim Term | Court's Construction |
|---|---|---|
| 1 | "A blended pimavanserin composition comprising: granules comprising 40 mg pimavanserin tartrate and optionally one or more pharmaceutically acceptable excipients; and one or more blending excipients"<br><br>'721 patent, claim 1 | Plain and ordinary meaning; an extra-granular component is not required. |
| 2 | "A blended pimavanserin composition comprising: granules comprising 40 mg pimavanserin tartrate and one or more pharmaceutically acceptable excipients"<br><br>'721 patent, claim 4 | Plain and ordinary meaning; an extra-granular component is not required. |
| 3 | "Granules comprising 40 mg pimavanserin tartrate" | Plain and ordinary meaning; the scope of the term granule includes granules granulated with pimavanserin and excipients |

| | | |
|---|---|---|
| | ('721 patent, claims 1 and 4)<br><br>"Granules comprising 40 mg pimavanserin tartrate and optionally one or more pharmaceutically acceptable excipients"<br><br>('721 patent, claim 1)<br><br>"Granules comprising 40 mg pimavanserin tartrate and one or more pharmaceutically acceptable excipients"<br><br>('721 patent, claim 4) | |

Given this Order, the hearing scheduled on December 19, 2023 is no longer necessary and is hereby cancelled.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE