IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1387-GBW |
| v. ) | |
| ) | CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, *et al.* ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that the following dates set forth in the Scheduling Order (D.I. 16) shall be amended as shown in the table below. All other deadlines, including trial, shall remain unchanged.

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Close of fact discovery | February 8, 2024 | March 21, 2024 |
| File interim status report | February 22, 2024 | March 28, 2024 |
| Final supplement of infringement contentions | February 29, 2024 | April 4, 2024 |
| Final invalidity contentions | March 14, 2024 | April 18, 2024 |
| Opening Expert | April 4, 2024 | May 2, 2024 |
| Rebuttal Expert | May 9, 2024 | June 6, 2024 |
| Reply Reports | May 30, 2024 | June 27, 2024 |
| Sur-Reply reports to contradict or rebut arguments on objective indicia of non-obviousness, from the party with the initial burden of proof | June 20, 2024 | July 18, 2024 |
| Close of Expert Discovery | August 2, 2024 | August 29, 2024 |
| Opening Daubert | August 16, 2024 | September 12, 2024 |
| Opposition Daubert | August 30, 2024 | September 26, 2024 |
| Reply Daubert | September 12, 2024 | October 3, 2024 |
| PTO Due | November 7, 2024 | No Change |

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Final PTC | November 14, 2024 | ~~No Change~~ November 26, 2024 at 1 pm |
| Trial | ~~December 2, 2024~~ Dec a | ~~No Change~~ December 3, 4 and 5, 2024 |

The undersigned counsel hereby certify that they provided a copy of this request to their clients in compliance with District of Delaware Local Rule 16.4(b).

Date: February 6, 2024

SAUL EWING LLP

/s/ Michelle C. Streifthau-Livizos
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff*
*ACADIA Pharmaceuticals Inc.*

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Jr.
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.*

KRATZ & BARRY LLP

/s/ R. Touhey Myer
R. Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc*

IT IS SO ORDERED on this  7th  day of February, 2024

_____
UNITED STATES DISTRICT JUDGE