# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, et al. <br><br> Defendants. | C.A. No. 1:22-cv-01387-GBW <br> (Consolidated; Lead Case) |

## DEFENDANTS' DAUBERT MOTION REGARDING CERTAIN OPINIONS OF DR. PAMELA SMITH

Defendants MSN Laboratories Private Ltd., and MSN Pharmaceuticals Inc. hereby move the Court to exclude Testimony and Opinions of Dr. Pamela Smith regarding claim 3 of the '721 patent and any particle size distribution testing and analysis relied upon, for the reasons set out in the accompanying Brief, Declaration of Michael J. Baldwin and exhibits annexed thereto, as well as all pleadings in this matter and all papers submitted herewith.

| | |
|---|---|
| Dated: September 12, 2024 | Seitz, Van Ogtrop & Green, P.A. |
| *Of Counsel:* | */s/ James S. Green, Jr.* <br> James S. Green, Jr. (#4406) |
| Michael Baldwin <br> Bradford C. Frese <br> Janine A. Carlan <br> Richard J. Berman <br> ArentFox Schiff LLP <br> 1717 K. St. NW <br> Washington, DC 20006 <br> T: (202) 857-6000 <br> michael.baldwin@afslaw.com <br> bradford.frese@afslaw.com <br> janine.carlan@afslaw.com <br> richard.berman@afslaw.com | 222 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-7607 <br> jsgreen@svglaw.com <br><br> *Counsel for Defendants* <br> *MSN Laboratories Private Ltd. and* <br> *MSN Pharmaceuticals, Inc.* |
| Julie A. Vernon <br> Arent Fox Schiff LLP <br> 233 South Wacker Drive, <br> Suite 7100 <br> Chicago, Illinois 60606 <br> T: (312) 258-5500 <br> julie.vernon@afslaw.com | |