**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 1:22-cv-01387-GBW (Consolidated; Lead Case) |
| AUROBINDO PHARMA LIMITED, et al. | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' DAUBERT MOTION REGARDING CERTAIN OPINIONS OF DR. PAMELA SMITH

This matter having been opened to the Court by Defendants MSN Laboratories Private Ltd., and MSN Pharmaceuticals Inc. (collectively, "MSN"), by and through its attorneys, on Daubert Motion Excluding Testimony and Opinions of Dr. Pamela Smith and requesting certain rulings before the commencement of trial, and the Court having considered the arguments of counsel, for the reasons set forth on the record and for good cause shown:

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that MSN's Daubert Motion Excluding Testimony and Opinions of Dr. Pamela Smith is **GRANTED**; and it is further

**ORDERED** that any testimony and opinions expressed Dr. Pamela Smith regarding claim 3 of U.S. Patent No. 11,452,721 are precluded from being introduced at trial; and it is further

**ORDERED** that any particle size distribution testing and analysis relied upon by Dr. Pamela Smith in forming her opinions regarding claim 3 of U.S. Patent No. 11,452,721 are precluded from being introduced at trial.

_____
Hon. Gregory B. Williams
U.S. District Judge