# EXHIBIT 1

## PUBLIC VERSION FILED 10/3/2024

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, *et al.*, <br><br> *Defendants*. | C. A. No. 22-1387-GBW <br><br> **HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER** |

**EXPERT REPORT OF PAMELA A. SMITH, PH. D.
REGARDING MSN'S INFRINGEMENT OF U.S. PATENT NO. 11,452,721**

**<u>Appendix D:</u>** ███████████████



4



5



6



