Case 1:22-cv-01387-GBW    Document 103-8    Filed 11/14/24    Page 1 of 8 PageID #: 2215

PUBLIC VERSION FILED
NOVEMBER 14, 2024

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

**Defendants' Proposed Exhibit List**

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX001 | Agarwal Ex. 6; Hofmann Ex. 2; Muzzio Ex. 4; Sheridan Ex. 5; Smith Ex. 3; Little Ex. 5 | 9/27/2022 | Moved to JTX-0011 | ACADIA_1287386; ACADIA_1286947; HOFMANN_PIMA_00003598 | ACADIA_1287410; ACADIA_1286970 | |
| DTX002 | | 3/14/2022 | Moved to JTX-0012 | ACADIA_1287411 | ACADIA_1289854 | |
| DTX003 | | 11/15/2007 | Moved to JTX-0013 | MSN_PIMA_044988 | MSN_PIMA_045014 | F, R, U, H, C, LK |
| DTX004 | | 4/29/2016 | Moved to JTX-0014 | MSN_PIMA_042677; HOFMANN_PIMA_00000029 | MSN_PIMA_042690; HOFMANN_PIMA_00000042 | |
| DTX005 | | 2002 | Sven Stegemann, Hard gelatin capsules today – and tomorrow. Capsugel Library (2nd Ed., 2002) | MSN_PIMA_042654 | MSN_PIMA_042676 | F, R, U, H, C, LK |
| DTX006 | | 2005 | Sven Stegemann, Colored capsules – a contribution to drug safety. 67(9) Pharm Ind. 1088 (2005) | MSN_PIMA_042646 | MSN_PIMA_042653 | F, R, U, H, C, LK |
| DTX007 | | 9/29/2012 | Schiele "Difficulties Swallowing Solid Oral Dosage Forms in a General Practice: Prevalence, Causes, and Relationship to Dosage Forms" Pharmacoepidemiology and Prescription | MSN_PIMA_044953 | MSN_PIMA_044964 | F, R, U, H, C, LK |
| DTX008 | | 2013 | Barbara Farrell et al., Reducing polypharmacy in the elderly: Cases to help you "rock the boat" 146 Canadian Pharmacists Journal 243 (2013) | MSN_PIMA_042931 | MSN_PIMA_042932 | F, R, U, H, C, LK |
| DTX009 | | 2005 | Richard Chapman et al., Predictors of Adherence with Antihypertensive and Lipid-Lowering Therapy, 165 Arch. Intern. Med. 1147 (2005) | MSN_PIMA_042911 | MSN_PIMA_042916 | F, R, U, H, C, LK |
| DTX010 | | 2012 | Nobutaka Hattori et al., Patient perspectives on Parkinson's disease therapy in Japan and the United States: results of two patient surveys, 3 Patient Related Outcome Measures, 31-38 (2012) | MSN_PIMA_043878 | MSN_PIMA_043886 | F, R, U, H, C, LK |
| DTX011 | | 2014 | Anil Kumar et al., Impact of Pill Burden and Socio-Economic Status of Patients on Adherence to Pharmacologic Therapy in Elderly, 6(1) W.London Med. J. 23, 26 (2014) | MSN_PIMA_043892 | MSN_PIMA_043898 | F, R, U, H, C, LK |
| DTX012 | | 2013 | Debbie Kwan and Barbara Farrell, Polypharmacy: Optimizing Medication Use in Elderly Patients, 4(1) CGS Journal of CME 21 (2013) | MSN_PIMA_043899 | MSN_PIMA_043905 | F, R, U, H, C, LK |
| DTX013 | | 2014 | F. Liu et al., Patient-Centered Pharmaceutical Design to Improve Acceptability of Medicines: Similarities and Differences in Paediatric and Geriatric Populations. 74 Drugs 1871 (2014) | ACADIA_0949596 | ACADIA_0949614 | F, R, U, H, C, LK |
| DTX014 | | 4/25/2021 | Mastersizer "Mastersizer 2000 User's Manual" Malvern Instruments | N/A | N/A | F, R, U, H, C, LK |
| DTX015 | | 1/3/1989 | U.S. Patent No. 4,795,646 | N/A | N/A | F, R, U, H, C, LK |
| DTX016 | | 6/18/2015 | WO 2015/087283 | N/A | N/A | F, R, U, H, C, LK |
| DTX017 | | 1999 | Abdullah, E.C., et al., The Use of Bulk Density Measurements as Flowability Indicators, 102 Powder Technology, 151–165 (1999) | N/A | N/A | F, R, U, H, C, LK |
| DTX018 | | 2014 | Al-Zahrani S.S., The Influence of Granulation Methods and Particle Size on Pharmaceutical Granules Flowability Using Ring Shear Tester and Particle Image Velocimetry, (Univ. Leeds: Sch. Chemical & Process Eng. Sept. 2014) | N/A | N/A | F, R, U, H, C, LK |
| DTX019 | | 2/5/2015 | Capsule Connection, Detailed Capsule Size Data (Feb. 5, 2015), available at: https://web.archive.org/web/20150205002941/https://capsuleconnection.co m/capsule-sizing-info/ was publicly available at least as early as February 5, 2015 ("Capsule Connection") | N/A | N/A | F, R, U, H, C, LK |
| DTX020 | | 10/1/2010 | Ng et al., Binderless fluidized bed granulation of a type C hygroscopic pharmaceutical powder with prior humidification treatment ("Shen") | N/A | N/A | F, R, U, H, C, LK |
| DTX021 | | 3/9/2020 | Aitken, Murray, "Biologics Market Dynamics: Setting the Stage for Biosimilars," IQVIA, March 9, 2020, https://www.ftc.gov/system/files/documents/public_events/1568297/aitken_biologics_market_dy namics_setting_the_stage_for_biosimilarsslides.pdf | N/A | N/A | |
| DTX022 | | Last updated 7/8/2024 | FDA Approved Drugs," Drugs@FDA, ANDA 075417, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=075417 | N/A | N/A | |
| DTX023 | | Last updated August 28, 2020 | FDA Approved Drugs," Drugs@FDA, ANDA 077953, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077953 | N/A | N/A | |
| DTX024 | | Last updated 6/17/2022 | FDA Approved Drugs," Drugs@FDA, ANDA 078679, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078679 | N/A | N/A | |
| DTX025 | | Last updated 7/8/2022 | FDA Approved Drugs," Drugs@FDA, ANDA 091265, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091265 | N/A | N/A | |
| DTX026 | Agarwal Ex. 4; Little Ex. 8 | 8/7/2015 | Moved to JTX-0015 | ACADIA_1082398 | ACADIA_1082403 | F, R, U, H, C, HC, LK |
| DTX027 | Agarwal Ex. 5 | 9/00/2015 | Acadia On-Site Visit FRD Project Overview | ACADIA_1188763 | ACADIA_1188772 | F, R, U, H, C, HC, LK |
| DTX028 | Agarwal Ex. 7 | 11/16/2015 | Formulation Development of Hot Melt Granulation Formulations for Pimavanserin Tartrate | ACADIA_1082388 | ACADIA_1082395 | F, R, U, H, C, HC, LK |
| DTX029 | Agarwal Ex. 8 | 12/18/2015 | Pimavanserin High Shear Granulation and Extrusion/Spheronization | ACADIA_1082423 | ACADIA_1082425 | F, R, U, H, C, HC, LK |

Case 1:22-cv-01387-GBW   Document 103-8   Filed 11/14/24   Page 2 of 8 PageID #: 2216

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

**Defendants' Proposed Exhibit List**

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX030 | Agarwal Ex. 9 | 2/29/2016 | Prototype Formulation and Process Selection Development Report for 40 mg IR Pimavanserin Capsule | ACADIA_1105102 | ACADIA_1105135 | F, R, U, H, C, HC, LK |
| DTX031 | Agarwal Ex. 10 | 3/28/2016 | Acadia Pharmaceuticals Inc. Presentation, Development of Nuplazid Capsules 34mg | ACADIA_1192493 | ACADIA_1192549 | F, R, U, H, C, HC, LK |
| DTX032 | Agarwal Ex. 11 | 8/10/2016 | Composition and Process Ranging Development Report for 40 mg IR Pimavanserin Capsule | ACADIA_1177547 | ACADIA_1177563 | F, R, U, H, C, HC, LK |
| DTX033 | Teehan Ex. 30 | 1/25/2018 | Moved to JTX-0016 | ACADIA_1066443 | ACADIA_1066507 | |
| DTX034 | Teehan Ex. 31 | 3/19/2019 | Moved to JTX-0017 | ACADIA_1248050 | ACADIA_1248094 | |
| DTX035 | Teehan Ex. 32 | 00/00/2024 | Moved to JTX-0018 | ACADIA_1289976 | ACADIA_1289976 | |
| DTX036 | Teehan Ex. 33 | 00/00/2024 | Moved to JTX-0019 | ACADIA_1289977 | ACADIA_1289977 | |
| DTX037 | Teehan Ex. 34 | 9/3/2020 | Moved to JTX-0020 | ACADIA_1126519 | ACADIA_1126562 | |
| DTX038 | Teehan Ex. 35 | 8/23/2023 | Moved to JTX-0021 | ACADIA_1289958 | ACADIA_1289975 | |
| DTX039 | Burstein Ex. 10 | 12/31/2019 | U.S. Patent No. 10,517,860 | ACADIA_0000087 | ACADIA_0000108 | F, R, U, H, C, LK |
| DTX040 | Burstein Ex. 11 | 3/21/2021 | U.S. Patent No. 10,953,000 | ACADIA_1273262 | ACADIA_1273283 | F, R, U, H, C, LK |
| DTX041 | Davis Ex. 3 Weiner Ex. 15 | 00/00/1995 | Meltzer et al, Plasma Clozapine Levels and the Treatment of L-DOPA-Induced Psychosis in Parkinson's Disease A High Potency Effect of Clozapine | ACADIA_0786429 | ACADIA_0786435 | F, R, U, H, C, LK |
| DTX042 | Davis Ex. 11 | 00/00/2003 | Weiner et al, Psychosis of Parkinson's disease: Serotonin 2A receptor inverse agonists as potential therapeutics | ACADIA_0786435 | ACADIA_0340187 | F, R, U, H, C, LK |
| DTX043 | Hacksell Ex. 7 Hofmann Ex. 2 | 12/11/2001 | Drug News Excerpt | pimavanserin-DEF-00000374 | pimavanserin-DEF-00000377 | F, R, U, H, C, LK |
| DTX044 | Teehan Ex. 1 | 4/20/2022 | Defendants' Notice of Deposition to Acadia Pharmaceuticals, Inc. Pursuant to Federal Rule of Civil Procedure 30(B)(6) | N/A | N/A | |
| DTX045 | Teehan Ex. 2 | 10/3/2019 | Moved to JTX-0022 | ACADIA_1121241 | ACADIA_1121241 | |
| DTX046 | Teehan Ex. 3 | 10/3/2019 | Moved to JTX-0023 | ACADIA_1121397 | ACADIA_1121397 | |
| DTX047 | Teehan Ex. 4 | 10/3/2019 | Moved to JTX-0024 | ACADIA_1141141 | ACADIA_1141141 | |
| DTX048 | Teehan Ex. 5 | 6/16/2014 | Moved to JTX-0025 | ACADIA_1131375 | ACADIA_1131422 | |
| DTX049 | Teehan Ex. 6 | 9/28/2016 | Moved to JTX-0026 | ACADIA_1126582 | ACADIA_1126599 | |
| DTX050 | Teehan Ex. 7 | 6/00/2017 | Moved to JTX-0027 | ACADIA_1126620 | ACADIA_1126638 | |
| DTX051 | Teehan Ex. 8 | 7/20/2017 | Moved to JTX-0028 | ACADIA_1265097 | ACADIA_1265208 | |
| DTX052 | Teehan Ex. 9 | 00/00/2017 | Moved to JTX-0029 | ACADIA_1249207 | ACADIA_1249208 | |
| DTX053 | Teehan Ex. 10 | 2/16/2018 | Moved to JTX-0030 | ACADIA_1249194 | ACADIA_1249206 | |
| DTX054 | Teehan Ex. 11 | 2018 | Moved to JTX-0031 | ACADIA_1249212 | ACADIA_1249219 | |
| DTX055 | Teehan Ex. 12 | 4/6/2019 | Moved to JTX-0032 | ACADIA_1249260 | ACADIA_1249260 | |
| DTX056 | Teehan Ex. 13 | 7/1/2019 | Moved to JTX-0033 | ACADIA_1249261 | ACADIA_1249261 | |
| DTX057 | Teehan Ex. 14 | 00/00/2020 | Moved to JTX-0034 | ACADIA_1249262 | ACADIA_1249262 | |
| DTX058 | Teehan Ex. 15 | 2/8/2019 | Moved to JTX-0035 | ACADIA_1249263 | ACADIA_1249281 | |
| DTX059 | Teehan Ex. 16 | 5/6/2019 | Moved to JTX-0036 | ACADIA_1249282 | ACADIA_1249304 | |
| DTX060 | Teehan Ex. 17 | 11/6/2019 | Moved to JTX-0037 | ACADIA_1249148 | ACADIA_1249148 | |
| DTX061 | Teehan Ex. 18 | 7/1/2020 | Moved to JTX-0038 | ACADIA_1249143 | ACADIA_1249143 | |
| DTX062 | Teehan Ex. 19 | 7/20/2020 | Moved to JTX-0039 | ACADIA_1249138 | ACADIA_1249141 | |
| DTX063 | Teehan Ex. 20 | 6/5/2019 | Moved to JTX-0040 | ACADIA_1126639 | ACADIA_1126662 | |
| DTX064 | Teehan Ex. 21 | 9/8/2020 | Moved to JTX-0041 | ACADIA_1248792 | ACADIA_1248860 | |
| DTX065 | Teehan Ex. 22 | 8/16/2021 | Moved to JTX-0042 | ACADIA_1249081 | ACADIA_1249112 | |
| DTX066 | Teehan Ex. 23 | 11/12/2020 | Moved to JTX-0043 | ACADIA_1249113 | ACADIA_1249137 | |
| DTX067 | Teehan Ex. 24 | 9/00/2021 | Moved to JTX-0044 | ACADIA_1126563 | ACADIA_1126581 | |
| DTX068 | Teehan Ex. 25 | 6/12/2020 | Moved to JTX-0045 | ACADIA_1121078 | ACADIA_1121163 | |
| DTX069 | Teehan Ex. 26 | 00/00/2021 | Moved to JTX-0046 | ACADIA_1121164 | ACADIA_1121240 | |
| DTX070 | Teehan Ex. 27 | 12/31/2021 | Moved to JTX-0047 | ACADIA_1281762 | ACADIA_1281786 | |
| DTX071 | Teehan Ex. 28 | 2/23/2021 | Moved to JTX-0048 | ACADIA_1281702 | ACADIA_1281761 | |
| DTX072 | Uldam Ex. 4 Weiner Ex. 7 Hofmann Ex. 4 Sheridan Ex. 7 | 10/13/2009 | Moved to JTX-0049 | ACADIA_0000001 | ACADIA_0000029 | |
| DTX073 | Uldam Ex. 5 Weiner Ex. 8 Hofmann Ex. 3 Sheridan Ex. 8 | 2/9/2010 | Moved to JTX-0050 | MSN_PIMA_044753 | MSN_PIMA_044780 | |
| DTX074 | Uldam Ex. 8 Weiner Ex. 11 | 6/29/2004 | U.S. Patent No. 6,756,393 | pimavanserin-DEF-00000054 HOFMANN_PIMA_00002747 | pimavanserin-DEF-00000105 HOFMANN_PIMA_00002798 | F, R, U, H, C, LK |
| DTX075 | Uldam Ex. 9 | 11/9/2004 | Moved to JTX-0051 | pimavanserin-DEF-00000106 HOFMANN_PIMA_00002799 | pimavanserin-DEF-00000162 HOFMANN_PIMA_00002855 | F, R, U, H, C, LK |
| DTX076 | Hofmann Ex. 3 | 2/27/2015 | Moved to JTX-0052 | N/A | N/A | |
| DTX077 | Hofmann Ex. 4 | 1/31/2017 | Moved to JTX-0053 | HOFMANN_PIMA_00002112 | HOFMANN_PIMA_00002212 | |
| DTX078 | Hofmann Ex. 5 Sheridan Ex. 29 | 10/25/2021 | Moved to JTX-0054 | HOFMANN_PIMA_00000092 | HOFMANN_PIMA_00000110 | F, R, U, H, C, LK |
| DTX079 | Hofmann Ex. 8 | 2/27/2018 | ACADIA Pharmaceuticals Quarter 4 2018-02-27 Earnings Summary | HOFMANN_PIMA_00002605 | HOFMANN_PIMA_00002624 | |
| DTX080 | Hofmann Ex. 9 | 8/18/2018 | ACADIA Earnings Call Transcript, August 18, 2018 | HOFMANN_PIMA_00002625 | HOFMANN_PIMA_00002641 | |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

Defendants' Proposed Exhibit List

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX081 | Muzzio Ex. 1 | 5/2/2024 | Curriculum Vitae of Fernando Muzzio | N/A | N/A | F, R, U, H, C, LK |
| DTX082 | Muzzio Ex. 7 | 6/26/2018 | Moved to JTX-0055 | N/A | N/A | |
| DTX083 | Sheridan Ex. 1 | 8/12/2024 | Notice of Deposition of Sean Sheridan | N/A | N/A | |
| DTX084 | Sheridan Ex. 2 | 6/6/2024 | Curriculum Vitae/Resume of Sean D. Sheridan | N/A | N/A | |
| DTX085 | Little Ex. 6 | 3/14/2022 | Notice of Allowance and Fees Due | ACADIA_1287345 | ACADIA_1287352 | |
| DTX086 | Little Ex. 7 | 3/7/2019 | WIPO Application No. WO 2019/046167 | ACADIA_1209239 | ACADIA_1209286 | F, R, U, H, C, LK |
| DTX087 | Little Ex. 9 | 9/00/2023 | Prescribing Information for Nuplazid Capsules and Tablets | MSN_PIMA_045015 | MSN_PIMA_045029 | |
| DTX088 | | 9/00/2012 | Prilosec Package Insert Approved in 1989 and Revised Version Released 9/2012 | MSN_PIMA_042419 | MSN_PIMA_042463 | F, R, U, H, C, LK |
| DTX089 | | 6/9/2017 | Scirocco 2000: User Manual 3-4 (June 9, 2017) | MSN_PIMA_044589 | MSN_PIMA_044632 | F, R, U, H, C, LK |
| DTX090 | | 3/1/2018 | Thong "Drug Loss While Crushing Tables: Comparison of 24 Tablet Crushing Devices" PLOS One | MSN_PIMA_042632 | MSN_PIMA_042645 | F, R, U, H, C, LK |
| DTX091 | | 8/29/2017 | Acadia NDA 2.3.P Drug Product (Pimavanserin Capsules, 34 mg) Table of Contents | ACADIA_0568273 | ACADIA_0568314 | F, R, U, H, C, HC, LK, DE |
| DTX092 | | 8/28/2017 | Acadia NDA 3.2.P.2.3 Manufacturing Process Development (Pimavanserin Capsules) | ACADIA_0568392 | ACADIA_0568426 | F, R, U, H, C, HC, LK, DE |
| DTX093 | | 10/7/2016 | Catalent Pharma Solutions Master Batch Record - Pimavanserin Capsules, 34 mg Batch Size: 22.5 kg/225,000 Capsules | ACADIA_0568755 | ACADIA_0567845 | F, R, U, H, C, HC, LK |
| DTX094 | | 9/19/2016 | Catalent Pharma Solutions Master Batch Record - Pimavanserin Capsules, 34 mg Batch Size: 22.5 kg/225,000 Capsules | ACADIA_0568846 | ACADIA_0568939 | F, R, U, H, C, HC, LK |
| DTX095 | | 9/19/2016 | Catalent Pharma Solutions Master Batch Record - Pimavanserin Capsules, 34 mg Batch Size: 22.5 kg/225,000 Capsules | ACADIA_0568940 | ACADIA_0569025 | F, R, U, H, C, HC, LK |
| DTX096 | | 7/31/2019 | Acadia 3.2.P.2.2 Drug Product (Pimavanserin Capsules) | ACADIA_0581094 | ACADIA_0581109 | F, R, U, H, C, HC, LK |
| DTX097 | | 1/29/2021 | Loose Data Record (LDR) Summary Page | ACADIA_1019121 | ACADIA_1019192 | F, R, U, H, C, HC, LK |
| DTX098 | | 6/6/2019 | Loose Data Record (LDR) Summary Page | ACADIA_1019197 | ACADIA_1019262 | F, R, U, H, C, HC, LK |
| DTX099 | | 1/29/2021 | Loose Data Record (LDR) Summary Page-Additional | ACADIA_1018472 | ACADIA_1018578 | F, R, U, H, C, HC, LK |
| DTX100 | | 1/4/2019 | Moved to JTX-0056 | ACADIA_1123680 | ACADIA_1123693 | |
| DTX101 | | 7/14/2016 | Moved to JTX-0057 | ACADIA_1249309 | ACADIA_1249311 | |
| DTX102 | | 7/31/2018 | Moved to JTX-0058 | ACADIA_1251889 | ACADIA_1251923 | |
| DTX103 | | 9/5/2018 | Moved to JTX-0059 | ACADIA_1251798 | ACADIA_1251803 | |
| DTX104 | | 8/2/2018 | Moved to JTX-0060 | ACADIA_1251806 | ACADIA_1251864 | |
| DTX105 | | 1995 | Alfonso R. Gennaro, REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (19th edition 1995) | MSN_PIMA_042464 | MSN_PIMA_042519 | |
| DTX106 | | 2003 | Garth Boehm et al., The Use of Stratified Sampling of Blend and Dosage Units to Demonstrate Adequacy of Mix for Powder Blends, 57 PDA J. Pharmaceutical Sci. & Tech. 64 (2003) | MSN_PIMA_042287 | MSN_PIMA_042303 | |
| DTX107 | | 4/29/2016 | Business Wire, "FDA Approves ACADIA Pharmaceuticals' NUPLAZID™ (pimavanserin) - The First Drug Approved for the Treatment of Hallucinations and Delusions Associated with Parkinson's Disease Psychosis." (Apr. 29, 2016) available at:https://www.businesswire.com/news/home/20160429006144/en/FDAApproves- ACADIA-Pharmaceuticals%E2%80%99-NUPLAZID%E2%84%A2-pimavanserin---The-First-Drug-Approved-forthe- Treatment-of-Hallucinations-and-Delusions-Associated-with- Parkinson%E2%80%99s-Disease-Psychosis.) (last accessed Apr. 30, 2024). | MSN_PIMA_042942 | MSN_PIMA_042946 | F, R, U, H, C, LK |
| DTX108 | | 2016 | Center for Drug Evaluation and Research. Clinical Pharmacology and Biopharmaceutics Review(s): Application Number 2073318Orig1s000 (available via the Freedom of Information Act on or after Apr. 29, 2016) | MSN_PIMA_042691 | MSN_PIMA_042776 | F, R, U, H, C, LK |
| DTX109 | | 2001 | A. Faure, P. York, and R. C. Rowe. Process control and scale-up of pharmaceutical wet granulation processes: a review. 52 Eur. J. of Pharmaceutical and Biopharmaceutics 269-277 (2001) | MSN_PIMA_042933 | MSN_PIMA_042941 | F, R, U, H, C, LK |
| DTX110 | | 11/1/2003 | United States Food and Drug Administration. Draft Guidance for Industry: Powder Blends and Finished Dosage Units—Stratified In-Process Dosage Unit Sampling and Assessment. 2003 WL 24014263 (Nov. 1, 2003). | MSN_PIMA_042917 | MSN_PIMA_042930 | F, R, U, H, C, LK |
| DTX111 | | 2013 | Andreas Hagendorff et al. Pill burden in hypertensive patients treated with single-pill combination therapy—an observational study, 30(4) Advances in therapy 406–19 (2013) | MSN_PIMA_042947 | MSN_PIMA_042960 | F, R, U, H, C, LK |
| DTX112 | | 2009 | The Handbook of Pharmaceutical Excipients (R. Rowe, P. J. Sheskey, M. E. Quinn, 6th Ed., 2009) ("Handbook of Pharmaceutical Excipients") | MSN_PIMA_042961 | MSN_PIMA_043877 | F, R, U, H, C, LK |
| DTX113 | | 2011 | Kumiko Kasashi et al., The influence of size, specific gravity, and head position on the swallowing of solid preparations, Oral Science Int 8 55-59 (2011): 55-59. | MSN_PIMA_043887 | MSN_PIMA_043891 | F, R, U, H, C, LK |
| DTX114 | | 1986 | THE THEORY AND PRACTICE OF INDUSTRIAL PHARMACY, (Leon Lachman, et al. eds., 3rd ed. 1986) ("Lachman") | MSN_PIMA_044633 | MSN_PIMA_0446744 | F, R, U, H, C, LK |
| DTX115 | | 4/29/2016 | Letter from R. Temple (FDA) to Acadia Pharmaceuticals, Inc. re: NDA 207318 (Apr. 29, 2016) | MSN_PIMA_044421 MSN_PIMA_046826 | MSN_PIMA_044427 MSN_PIMA_046832 | F, R, U, H, C, LK |
| DTX116 | | 2016 | Aoife McGillicuddy et al., Older Adults with Difficulty Swallowing Oral Medicines: A Systematic Review of the Literature, 72 Eur. J. Clin. Pharmacol. 141 (2016) | MSN_PIMA_042304 | MSN_PIMA_042315 | F, R, U, H, C, LK |
| DTX117 | | 2003 | Fernando J. Muzzio et al., Sampling and Characterization of Pharmaceutical Powders and Granular Blends, 250 Int'l J. Pharmaceutics 51 (2003) | MSN_PIMA_042316 | MSN_PIMA_042330 | F, R, U, H, C, LK |
| DTX118 | | 1993 | Z.D. Ormos, Granulation and Coating in Powder Technology and Pharmaceutical Processes, in POWDER TECHNOLOGY AND PHARMACEUTICAL PROCESSES 359–376 (D. Chulia, M. Deleuil, Y. Pourcelot, eds.; 2d. ed., 1998) ("Ormos") | MSN_PIMA_044428 | MSN_PIMA_044448 | F, R, U, H, C, LK |

Case 1:22-cv-01387-GBW   Document 103-8   Filed 11/14/24   Page 4 of 8 PageID #: 2218

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

Defendants' Proposed Exhibit List

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX119 | | 1997 | D. M. Parikh, J. A. Bonck, M. Mogavero. Batch fluid bed granulation, in HANDBOOK OF PHARMACEUTICAL GRANULATION TECHNOLOGY 227-302 (Dilip M. Parikh eds., 1997) | MSN_PIMA_044449 | MSN_PIMA_044632 | F, R, U, H, C, LK |
| DTX120 | | 1989 | Garnet E. Peck, et al., Tablet Formulation and Design, in PHARMACEUTICAL DOSAGE FORMS: TABLETS, VOL. 1, 75-193, (Herbert A. Lieberman et al. eds., 2nd ed. 1989) ("Pharmaceutical Dosage Forms 1989") | MSN_PIMA_044527 | MSN_PIMA_044588 | F, R, U, H, C, LK |
| DTX121 | | 1995 | PHARMACEUTICAL DOSAGE FORMS AND DRUG DELIVERY SYSTEMS, 155-225 (Howard C. Ansel et al., eds. 6th ed. 1995) ("Ansel") | MSN_PIMA_042779 | MSN_PIMA_042858 | F, R, U, H, C, LK |
| DTX122 | | 1990 | Pharmaceutical Dosage Forms: Tablets, Vol. 3 (Herbert A. Lieberman et al. eds., 2nd ed. 1990) | MSN_PIMA_043906 | MSN_PIMA_044420 | F, R, U, H, C, LK |
| DTX123 | | 2005 | Edward M. Rudnic & Joseph B. Schwartz, Oral Solid Dosage Forms, in REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (21st ed. 2005) ("Remington 2005") | MSN_PIMA_042859 | MSN_PIMA_042910 | F, R, U, H, C, LK |
| DTX124 | | 7/19/2015 | Acadia Module 2.3.P Drug Product (Pimavanserin Tablets, 17 mg) | ACADIA_0069936 | ACADIA_0069982 | F, R, U, H, C, HC, LK |
| DTX125 | | 5/2/2024 | Moved to JTX-0061 | N/A | N/A | |
| DTX126 | | 5/2/2024 | Moved to JTX-0062 | N/A | N/A | |
| DTX127 | | 5/2/2024 | Moved to JTX-0063 | N/A | N/A | |
| DTX128 | | 5/2/2024 | Moved to JTX-0064 | N/A | N/A | |
| DTX129 | | 5/2/2024 | Moved to JTX-0065 | ACADIA_1290111 | ACADIA_1290141 | |
| DTX130 | | 5/2/2024 | Moved to JTX-0066 | N/A | N/A | |
| DTX131 | | 5/2/2024 | Moved to JTX-0067 | N/A | N/A | |
| DTX132 | | 5/2/2024 | Moved to JTX-0068 | N/A | N/A | |
| DTX133 | | 9/00/2020 | Moved to JTX-0069 | MSN_PIMA_015572 | MSN_PIMA_015586 | |
| DTX134 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX135 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX136 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX137 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX138 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX139 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX140 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX141 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX142 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX143 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX144 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX145 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX146 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX147 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX148 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX149 | | 2/21/2023 | ACADIA 10-K for the fiscal year ended December 31, 2022 | MSN_PIMA_046430 | MSN_PIMA_046606 | |
| DTX150 | | 12/31/2023 | ACADIA 10-K for the fiscal year ended December 31, 2023 | N/A | N/A | |
| DTX151 | | Undated | A Guide for Understanding Parkinson's Disease Psychosis Hallucinations & Delusions, American Parkinson Disease Association, https://www.apdaparkinson.org/what-is-parkinsons/symptoms/psychosis/ | HOFMANN_PIMA_00000058 | HOFMANN_PIMA_00000063 | F, R, U, H, C, LK |
| DTX152 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX153 | | 11/6/2018 | ACADIA Earnings Call Transcript, November 6, 2018 | N/A | N/A | |
| DTX154 | | 6/29/2018 | Moved to JTX-0086 | ACADIA_1289866 ACADIA_1270195 | ACADIA_1289869 ACADIA_1270197 | |
| DTX155 | | 6/28/2018 | Approval Letter for NDA 210793, 207318/S-003, June 28, 2018, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2018/210793Orig1s000Approv.pdf | N/A | N/A | |
| DTX156 | | 6/19/2015 | Background on Drug Advertising, U.S. Food & Drug Administration," FDA, https://www.fda.gov/drugs/prescription-drug-advertising/background-drug-advertising. | N/A | N/A | |
| DTX157 | | 11/8/2016 | Moved to JTX-0087 | ACADIA_1283377 | ACADIA_1283382 | |
| DTX158 | | Undated | FDA Orange Book, NDA 207318, https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=002&Appl_No=207318&Appl_type=N | MSN_PIMA_046833 HOFMANN_PIMA_00000025 | MSN_PIMA_046834 HOFMANN_PIMA_00000026 | |
| DTX159 | | Undated | FDA Orange Book, NDA 210793, https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=002&Appl_No=207318&Appl_type=N. | MSN_PIMA_046835 HOFMANN_PIMA_00000027 | MSN_PIMA_046836 HOFMANN_PIMA_00000028 | |
| DTX160 | | 9/24/2022 | Moved to JTX-0088 | ACADIA_1283394 | ACADIA_1283395 | |
| DTX161 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX162 | | 7/3/2024 | OPDP Regulatory Information, U.S. Food & Drug Administration," FDA, https://www.fda.gov/aboutfda/center-drug-evaluation-and-research/opdp-regulatory-information | N/A | N/A | |

Case 1:22-cv-01387-GBW   Document 103-8   Filed 11/14/24   Page 5 of 8 PageID #: 2219

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

Defendants' Proposed Exhibit List

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX163 | | 4/14/2022 | Parkinson's Disease: Causes, Symptoms, and Treatments," National Institute on Aging, https://www.nia.nih.gov/health/parkinsons-disease | N/A | N/A | |
| DTX164 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX165 | | 4/29/2016 | "Statistics," Parkinson's Foundation, https://www.parkinson.org/understanding-parkinsons/statistics | N/A | N/A | |
| DTX166 | | 3/3/2016 | Transcript: Drug Promotion," FDA, https://www.fda.gov/drugs/information-healthcare-professionalsdrugs/transcript-drug-promotion | N/A | N/A | |
| DTX167 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX168 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX169 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX170 | | | INTENTIONALLY LEFT BLANK | N/A | N/A | |
| DTX171 | | 3/20/2017 | Moved to JTX-0095 | ACADIA_1281475 | ACADIA_1281523 | |
| DTX172 | | 2/10/2020 | Moved to JTX-0096 | ACADIA_1281524 | ACADIA_1281586 | |
| DTX173 | | 3/1/2018 | Moved to JTX-0097 | ACADIA_1281587 | ACADIA_1281640 | |
| DTX174 | | 1/17/2019 | Moved to JTX-0098 | ACADIA_1281641 | ACADIA_1281701 | |
| DTX175 | | 12/23/2020 | Moved to JTX-0099 | ACADIA_1281787 | ACADIA_1281944 | |
| DTX176 | | 3/24/2022 | Moved to JTX-0100 | ACADIA_1281945 | ACADIA_1281945 | |
| DTX177 | | 8/11/2020 | Moved to JTX-0101 | ACADIA_1281946 | ACADIA_1281949 | |
| DTX178 | | 3/3/2014 | Moved to JTX-0102 | ACADIA_1281950 | ACADIA_1282021 | |
| DTX179 | | 10/0/2016 | Moved to JTX-0103 | ACADIA_1282022 | ACADIA_1282168 | |
| DTX180 | | 8/17/2015 | Moved to JTX-0104 | ACADIA_1282169 | ACADIA_1282192 | |
| DTX181 | | 8/11/2020 | Moved to JTX-0105 | ACADIA_1282193 | ACADIA_1282209 | |
| DTX182 | | 9/28/2021 | Moved to JTX-0106 | ACADIA_1282210 | ACADIA_1282645 | |
| DTX183 | | 6/10/2022 | Moved to JTX-0107 | ACADIA_1282646 | ACADIA_1282900 | |
| DTX184 | | 2/24/2021 | Moved to JTX-0108 | ACADIA_1283006 | ACADIA_1283123 | |
| DTX185 | | 3/1/2022 | Moved to JTX-0109 | ACADIA_1283124 | ACADIA_1283128 | |
| DTX186 | | 2/27/2023 | Moved to JTX-0110 | ACADIA_1289979 | ACADIA_1290005 | |
| DTX187 | | 5/20/2024 | Moved to JTX-0111 | ACADIA_1290006 | ACADIA_1290039 | |
| DTX188 | | 2/26/2024 | Moved to JTX-0112 | ACADIA_1290040 | ACADIA_1290072 | |
| DTX189 | | 5/24/2024 | Moved to JTX-0113 | ACADIA_1290073 | ACADIA_1290073 | |
| DTX190 | | 5/24/2024 | Sales Report Produced by ICS For Dates 4/1/2024 - 5/24/2024 | ACADIA_1290074.0001 | ACADIA_1290074.0001 | |
| DTX191 | | 8/30/2017 | U.S. Provisional Application No. 62/552,300 | N/A | N/A | |
| DTX192 | | 6/8/2010 | Moved to JTX-0114 | ACADIA_0000030 HOFMANN_PIMA_00003047 | ACADIA_0000065 HOFMANN_PIMA_00003082 | |
| DTX193 | | 9/7/2010 | Moved to JTX-0115 | N/A | N/A | |
| DTX194 | | 2009 | Moved to JTX-0116 | ACADIA_1290075 MSN_PIMA_044848 | ACADIA_1290081 MSN_PIMA_044849 | F, R, U, H, C, LK |
| DTX195 | | 2013 | Moved to JTX-0117 | ACADIA_1290082 | ACADIA_1290083 | F, R, U, H, C, LK |
| DTX196 | | Undated | Moved to JTX-0118 | ACADIA_1290085 | ACADIA_1290085 | |
| DTX197 | | Undated | Moved to JTX-0119 | ACADIA_1290086 | ACADIA_1290088 | |
| DTX198 | | Undated | Moved to JTX-0120 | ACADIA_1290089 | ACADIA_1290089 | |
| DTX199 | | Undated | Moved to JTX-0121 | ACADIA_1290090 | ACADIA_1290092 | |
| DTX200 | | Undated | Moved to JTX-0122 | ACADIA_1290093 | ACADIA_1290093 | |
| DTX201 | | Undated | Moved to JTX-0123 | ACADIA_1290094 | ACADIA_1290096 | |
| DTX202 | | Undated | Moved to JTX-0124 | ACADIA_1290097 | ACADIA_1290110 | |
| DTX203 | | 12/00/2014 | Prilosec Prescribing Information | MSN_PIMA_044905 | MSN_PIMA_044952 | F, R, U, H, C, LK |
| DTX204 | | 11/00/2011 | Tasigna Prescribing Information Revised 11/2011 | MSN_PIMA_044965 | MSN_PIMA_044987 | F, R, U, H, C, LK |
| DTX205 | | 6/27/2024 | Karen Langhauser, Pharma Manufacturing, OSD: Strong and steady, The oral solid dose sector had a successful 2019 and may see further vigor in the near future, available at https://www.pharmamanufacturing.com/sector/small-molecule/article/11296791/oral-solid-dose-strong-and-steady | MSN_PIMA_044857 | MSN_PIMA_044858 | F, R, U, H, C, LK |
| DTX206 | | 2009 | Colorcon Opadry® fx, Product Information (Reconstitution) | MSN_PIMA_044846 | MSN_PIMA_044847 | F, R, U, H, C, LK |
| DTX207 | | 2009 | Colorcon Opadry® fx, Product Information (Coating Parameters) | MSN_PIMA_044844 | MSN_PIMA_044845 | F, R, U, H, C, LK |
| DTX208 | | 2009 | Colorcon Opadry® fx Product Information Brochure | MSN_PIMA_044848 | MSN_PIMA_044849 | F, R, U, H, C, LK |
| DTX209 | | 8/12/2015 | Jeremy Fields et al., Pill Properties that Cause Dysphagia and Treatment Failure. 77 Curr Ther Res Clin Exp. 79 (2015) | MSN_PIMA_044850 | MSN_PIMA_044851 | F, R, U, H, C, LK |
| DTX210 | | 2015 | Esther T.L. Lau, et al., Prevalence of swallowing difficulties and medication modification in customers of community pharmacists. 45 J. Pharm. Res. 18 (2015) | MSN_PIMA_044870 | MSN_PIMA_044875 | F, R, U, H, C, LK |
| DTX211 | | 2019 | Carsten Buhmann et al., Pill swallowing in Parkinson's disease: A prospective study based on flexible endoscopic evaluation of swallowing. 62 Parkinsonism and Related Disorders 51 (2019) | MSN_PIMA_044838 | MSN_PIMA_044843 | F, R, U, H, C, LK |
| DTX212 | | 1982 | H. Hey et al., Oesophageal transit of six commonly used capsules. 285 Br. Med. J. (Clin. Res. Ed). 1717 (1982) | MSN_PIMA_044854 | MSN_PIMA_044856 | F, R, U, H, C, LK |
| DTX213 | | Undated | Acadia NDA 3.2.P.3.3 Description of Manufacturing Process and Process Controls (Primavanserin Capsules, 34 mg) | ACADIA_0581157 | ACADIA_0581158 | F, R, U, H, C, HC, LK |

Case 1:22-cv-01387-GBW   Document 103-8   Filed 11/14/24   Page 6 of 8 PageID #: 2220

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

Defendants' Proposed Exhibit List

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX214 | | 10/22/2019 | U.S. Patent No. 10,449,185 | ACADIA_0000066<br>HOFMANN_PIMA_00003577 | ACADIA_0000086<br>HOFMANN_PIMA_00003597 | F, R, U, H, C, LK |
| DTX215 | | 5/12/2020 | U.S. Patent No. 10,646,480 | ACADIA_0000109 | ACADIA_0000130 | F, R, U, H, C, LK |
| DTX216 | | 12/1/2020 | U.S. Patent No. 10,849,891 | ACADIA_0064275 | ACADIA_0064296 | F, R, U, H, C, LK |
| DTX217 | | 3/7/2019 | WO2019/046167 | ACADIA_1209239 | ACADIA_1209286 | F, R, U, H, C, LK |
| DTX218 | | 2016 | Wei Meng et al., Statistical analysis and comparison of a continuous high shear granulator with a twin screw granulator: Effect of process parameters on critical granule attributes and granulation mechanisms. Int'l J. of Pharms. 513 (2016) | MSN_PIMA_044876 | MSN_PIMA_044894 | F, R, U, H, C, LK |
| DTX219 | | 2011 | Defne Kayrak-Talay et al., A priori performance prediction in pharmaceutical wet granulation: Testing the applicability of the nucleation regime map to a formulation with a broad size distribution and dry binder addition. Int'l J. of Pharms. 418 (2011) | MSN_PIMA_044859 | MSN_PIMA_044869 | F, R, U, H, C, LK |
| DTX220 | | 2000 | Martin Pottmann et al., Model-based control of a granulation system. Powder Tech. 108 (2000) | MSN_PIMA_044895 | MSN_PIMA_044904 | F, R, U, H, C, LK |
| DTX221 | | 5/25/2022 | Plaintiff's Objections and Responses to Defendants' First Set of Requests for Admissions (Nos. 1-11), dated May 25, 2022 | N/A | N/A | F, R, U, H, C, LK |
| DTX222 | | 10/5/2018 | Nuplazidconnect-Patient Assistance Program form | ACADIA_0548985 | ACADIA_0548989 | |
| DTX223 | | 4/24/2007 | Pimavanserin Approved by USAB as Biboriorietary Name for ACADIA Drug Candidate ACP-103 | HOFMANN_PIMA_00000001 | HOFMANN_PIMA_00000004 | F, R, U, H, C, LK |
| DTX224 | | 5/10/2022 | Acadia Connect Nuplazid Affordable and Accessible - https://www.acadiaconnect.com/healthcare-providers/cost | MSN_PIMA_046849<br>HOFMANN_PIMA_00000005 | MSN_PIMA_046852<br>HOFMANN_PIMA_00000009 | F, R, U, H, C, LK |
| DTX225 | | 5/10/2022 | Acadia Connect Nuplazid Patient Cargivers - https://www.acadiaconnect.com/patient-caregivers | HOFMANN_PIMA_00000010 | HOFMANN_PIMA_00000013 | F, R, U, H, C, LK |
| DTX226 | | Undated | Acadia Connect Terms & Conditions for Free 14-Day Supply | MSN_PIMA_046842<br>HOFMANN_PIMA_00000014 | MSN_PIMA_046844<br>HOFMANN_PIMA_00000016 | F, R, U, H, C, LK |
| DTX227 | | 6/28/2018 | Letter from FDA to Acadia Pharmaceuticals dated June 28, 2018 | HOFMANN_PIMA_00000017 | HOFMANN_PIMA_00000021 | F, R, U, H, C, LK |
| DTX228 | | Last Updated 11/23/2020 | Drugs@FDA: FDA-Approved Drugs - NUPLAZID | MSN_PIMA_046848<br>HOFMANN_PIMA_00000022 | MSN_PIMA_046848<br>HOFMANN_PIMA_00000024 | |
| DTX229 | | 11/23/2020 | Acadia Pharmaceuticals, Inc. NUPLAZID® Tablets Prescribing Information (Nov. 23, 2020) ("Nuplazid Label") | HOFMANN_PIMA_00000043 | HOFMANN_PIMA_00000057 | |
| DTX230 | | 11/28/2008 | Assignment abstract of title for Application 10130924 https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=7115634&type=patNum | HOFMANN_PIMA_00000064<br>MSN_PIMA_046772 | HOFMANN_PIMA_00000065<br>MSN_PIMA_046772 | |
| DTX231 | | 4/9/2018 | CNN.com Article - FDA worried drug was risky; now reports of deaths spark concern | HOFMANN_PIMA_00000066 | HOFMANN_PIMA_00000081 | F, R, U, H, C, LK |
| DTX232 | | Undated | Evaluate - Alive But Not Kicking: Biopharma and Biotech in Q3 | HOFMANN_PIMA_00000082 | HOFMANN_PIMA_00000086 | F, R, U, H, C, LK |
| DTX233 | | Undated | Evaluate - What We Do, https://www.evaluate.com/what-we-do | HOFMANN_PIMA_00000087 | HOFMANN_PIMA_00000091 | F, R, U, H, C, LK |
| DTX234 | | 2004 | ACADIA Annual Report 2004 | HOFMANN_PIMA_00000111 | HOFMANN_PIMA_00000193 | |
| DTX235 | | 5/31/2016 | ACADIA Pharmaceuticals Announces NUPLAZID™ (pimavanserin) Is Now Available for the Treatment of Hallucinations and Delusions Associated with Parkinson's Disease Psychosis | HOFMANN_PIMA_00000194 | HOFMANN_PIMA_00000195 | F, R, U, H, C, LK |
| DTX236 | | 2019 | Approved Drug Products with Therapeutic Equivalence Evaluations 39th Edition (2019) | HOFMANN_PIMA_00000196 | HOFMANN_PIMA_00001756 | F, R, U, H, C, LK |
| DTX237 | | 2022 | Parkinson's Foundation - Hallucinations/Delusions | HOFMANN_PIMA_00001757 | HOFMANN_PIMA_00001769 | F, R, U, H, C, LK |
| DTX238 | | 2/29/2008 | ACADIA 10-K for the fiscal year ended December 31, 2007 | HOFMANN_PIMA_00001770 | HOFMANN_PIMA_00001852 | F, R, U, H, C, LK |
| DTX239 | | 3/1/2010 | ACADIA 10-K for the fiscal year ended December 31, 2009 | HOFMANN_PIMA_00001853 | HOFMANN_PIMA_00001936 | F, R, U, H, C, LK |
| DTX240 | | 3/1/2013 | ACADIA 10-K for the fiscal year ended December 31, 2012 | HOFMANN_PIMA_00001937 | HOFMANN_PIMA_00002017 | F, R, U, H, C, LK |
| DTX241 | | 1/29/2016 | ACADIA 10-K for the fiscal year ended December 31, 2015 | HOFMANN_PIMA_00002018 | HOFMANN_PIMA_00002111 | F, R, U, H, C, LK |
| DTX242 | | 1/31/2019 | ACADIA 10-K for the fiscal year ended December 31, 2018 | HOFMANN_PIMA_00002213 | HOFMANN_PIMA_00002341 | |
| DTX243 | | 4/7/2023 | ACADIA 10-Q for the fiscal year ended June 30, 2022 | HOFMANN_PIMA_00002452 | HOFMANN_PIMA_00002543 | |
| DTX244 | | 11/30/2006 | License Agreement between ACADIA and IPSEN | HOFMANN_PIMA_00002544 | HOFMANN_PIMA_00002570 | F, R, U, H, C, LK |
| DTX245 | | 5/5/2016 | ACADIA Earnings Call Transcript, Q1 2016 | HOFMANN_PIMA_00002571 | HOFMANN_PIMA_00002586 | F, R, U, H, C, LK |
| DTX246 | | 8/8/2017 | ACADIA Earnings Call Transcript, Q2 2017 | HOFMANN_PIMA_00002587 | HOFMANN_PIMA_00002604 | F, R, U, H, C, LK |
| DTX247 | | 2/27/2018 | ACADIA Earnings Call Transcript, Q4 2017 | HOFMANN_PIMA_00002605 | HOFMANN_PIMA_00002624 | F, R, U, H, C, LK |
| DTX248 | | 8/8/2018 | ACADIA 2Q18 Earnings Call Presentation | HOFMANN_PIMA_00002642 | HOFMANN_PIMA_00002667 | F, R, U, H, C, LK |
| DTX249 | | 2/26/2019 | ACADIA Earnings Call Transcript, Q4 2018 | HOFMANN_PIMA_00002668 | HOFMANN_PIMA_00002685 | F, R, U, H, C, LK |
| DTX250 | | 5/3/2019 | ACADIA Earnings Call Transcript, Q1 2019 | HOFMANN_PIMA_00002686 | HOFMANN_PIMA_00002706 | F, R, U, H, C, LK |
| DTX251 | | 7/31/2019 | ACADIA Earnings Call Transcript, Q2 2019 | HOFMANN_PIMA_00002707 | HOFMANN_PIMA_00002723 | F, R, U, H, C, LK |
| DTX252 | | 8/5/2021 | ACADIA Earnings Call Transcript, Q2 2021 | HOFMANN_PIMA_00002724 | HOFMANN_PIMA_00002746 | F, R, U, H, C, LK |
| DTX253 | | 10/3/2006 | U.S. Patent No. 7,115,634 | HOFMANN_PIMA_00002856 | HOFMANN_PIMA_00003046 | F, R, U, H, C, LK |
| DTX254 | | 12/28/2010 | U.S. Patent No. 7,858,789 | HOFMANN_PIMA_00003083 | HOFMANN_PIMA_00003202 | F, R, U, H, C, LK |
| DTX255 | | 4/12/2011 | U.S. Patent No. 7,923,564 | HOFMANN_PIMA_00003203 | HOFMANN_PIMA_00003236 | F, R, U, H, C, LK |
| DTX256 | | 2/7/2012 | U.S. Patent No. 8,110,574 | HOFMANN_PIMA_00003237 | HOFMANN_PIMA_00003355 | F, R, U, H, C, LK |
| DTX257 | | 12/31/2013 | U.S. Patent No. 8,618,130 | HOFMANN_PIMA_00003356 | HOFMANN_PIMA_00003382 | F, R, U, H, C, LK |
| DTX258 | | 12/30/2014 | U.S. Patent No. 8,921,393 | HOFMANN_PIMA_00003383 | HOFMANN_PIMA_00003410 | F, R, U, H, C, LK |
| DTX259 | | 3/29/2016 | U.S. Patent No. 9,296,694 | HOFMANN_PIMA_00003411 | HOFMANN_PIMA_00003467 | F, R, U, H, C, LK |
| DTX260 | | 2/14/2017 | U.S. Patent No. 9,566,271 | HOFMANN_PIMA_00003468 | HOFMANN_PIMA_00003493 | F, R, U, H, C, LK |
| DTX261 | | 9/19/2017 | U.S. Patent No. 9,765,053 | HOFMANN_PIMA_00003494 | HOFMANN_PIMA_00003550 | F, R, U, H, C, LK |
| DTX262 | | 7/24/2018 | U.S. Patent No. 10,028,944 | HOFMANN_PIMA_00003551 | HOFMANN_PIMA_00003576 | F, R, U, H, C, LK |

Case 1:22-cv-01387-GBW   Document 103-8   Filed 11/14/24   Page 7 of 8 PageID #: 2221

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

Defendants' Proposed Exhibit List

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX263 | | 2017 | Approved Drug Products with Therapeutic Equivalence Evaluations, 37th Edition (2017) | MSN_PIMA_045030 | MSN_PIMA_046429 | F, R, U, H, C, LK |
| DTX264 | | 5/23/2018 | Center for Drug Evaluation and Research. Multi-Discipline Review: Application Numbers 210793Orig1s000 207318Orig1s003 | MSN_PIMA_046773 | MSN_PIMA_046825 | F, R, U, H, C, LK |
| DTX265 | | 10/20/2020 | U.S. Patent No. 10,807,953 | ACADIA_1290370 | ACADIA_1290399 | |
| DTX266 | | 5/16/2023 | U.S. Patent No. 11,648,242 | ACADIA_1290400 | ACADIA_1290407 | |
| DTX267 | | 2009 | Choudhry, Niteesh K., Joy L. Lee, Jessica Agnew-Blais, Colleen Corcoran, and William H. Shrak, "Drug Company-Sponsored Patient Assistance Programs: A Viable Safety Net?" Health Affairs (Millwood), 28:3, 2009 | N/A | N/A | |
| DTX268 | | 2001 | Scherer, F. M., "The Link Between Gross Profitability and Pharmaceutical R&D Spending," Health Affairs, 20:5, 2001 | N/A | N/A | |
| DTX269 | | 2/12/2024 | Teva Pharmaceuticals Industries Limited 10-K for the fiscal year ended December 31, 2023 | ACADIA_1290153 | ACADIA_1290369 | |
| DTX270 | | 9/20/2018 | FDA Issues Statement Reaffirming the Positive Benefit-Risk Profile of NUPLAZID® (pimavanserin) for Patients with Hallucinations and Delusions Associated with Parkinson's Disease Psychosis," Acadia Press Release, September 20, 2018, https://ir.acadia-pharm.com/news-releases/newsrelease- details/fda-issues-statement-reaffirming-positive-benefit-riskprofile? ID=2368361 &c=1 25 l 80&p=irol-newsArticle | ACADIA_0548376 | ACADIA_0548380 | |
| DTX271 | | 8/26/2015 | Meeting Minutes re ACADIA Pharmaceuticals, Development of 40 mg Pimavanserin Capsules | ACADIA_1082383 | ACADIA_1082386 | |
| DTX272 | | Undated | Acadia 3.2.P.1 Description and Composition of the Drug Product (Pimavanserin Capsules, 34 mg ) | ACADIA_0568359 | ACADIA_0568359 | F, R, U, H, C, HC, LK |
| DTX273 | | 4/29/2016 | Summary review for NDA 207318, https://www.accessdata.fda.gov/drugsatfda docs/nda/2016/207318Orig 1 s0O0SumR.pdf | N/A | N/A | |
| DTX274 | | 5/1/2012 | USP 35-NF 30, Vol. 1, "<616> Bulk and Tapped Density" (2012) | N/A | N/A | |
| DTX275 | | 5/2/2024 | Opening Expert Report of Fernando J. Muzzio Regarding Patent No. 11,452,721 | N/A | N/A | B, F, H, R, U |
| DTX276 | | 6/27/2024 | Reply Expert Report of Dr. Fernando J. Muzzio Regarding Patent No. 11,452,721 | N/A | N/A | B, F, H, R, U |
| DTX277 | | 6/27/2024 | Reply Expert Report of Ivan T. Hofmann | N/A | N/A | B, F, H, R, U |
| DTX278 | | 8/23/2024 | Deposition Transcript of Ivan T. Hofmann | N/A | N/A | B, F, H, R, U |
| DTX279 | | 8/21/2024 | Deposition Transcript of Sean D. Sheridan | N/A | N/A | B, F, H, R, U |
| DTX280 | | 8/29/2024 | Deposition Transcript of Steven Little | N/A | N/A | B, F, H, R, U |
| DTX281 | | 6/27/2024 | Ivan T. Hofmann CV | N/A | N/A | B, F, H, R, U |
| DTX282 | | 6/27/2024 | Materials Reviewed and Cosidered list from Ivan T. Hofmann Expert Report | N/A | N/A | B, F, H, R, U |
| DTX283 | | 6/27/2024 | Dr. Fernando J. Muzzio CV | N/A | N/A | B, F, H, R, U |
| DTX284 | | 5/2/2024 | Materials Reviewed and Cosidered list from Dr. Fernando J. Muzzio Opening Expert Report | N/A | N/A | B, F, H, R, U |
| DTX285 | | 6/27/2024 | Materials Reviewed and Cosidered list from Dr. Fernando J. Muzzio Reply Expert Report | N/A | N/A | B, F, H, R, U |
| DTX286 | | | Exhibit Placeholder | | | |
| DTX287 | | | Exhibit Placeholder | | | |
| DTX288 | | | Exhibit Placeholder | | | |
| DTX289 | | | Exhibit Placeholder | | | |
| DTX290 | | | Exhibit Placeholder | | | |
| DTX291 | | | Exhibit Placeholder | | | |
| DTX292 | | | Exhibit Placeholder | | | |
| DTX293 | | | Exhibit Placeholder | | | |
| DTX294 | | | Exhibit Placeholder | | | |
| DTX295 | | | Exhibit Placeholder | | | |
| DTX296 | | | Exhibit Placeholder | | | |
| DTX297 | | | Exhibit Placeholder | | | |
| DTX298 | | | Exhibit Placeholder | | | |
| DTX299 | | | Exhibit Placeholder | | | |
| DTX300 | | | Exhibit Placeholder | | | |
| DTX301 | | 6/7/2024 | Aurobindo Defendants' Rebuttal Expert Report of R. Christian Moreton, Ph.D. on Noninfringement- Exhibit A (Moreton CV)(As Served, 6/7/2024) | | | F, R, U, H, C, LK |
| DTX302 | Moreton Ex. 3 | 6/7/2024 | Aurobindo Defendants' Rebuttal Expert Report of R. Christian Moreton, Ph.D. on Noninfringement- Exhibit B (Materials Considered)(As Served, 6/7/2024) | | | F, R, U, H, C, LK |
| DTX303 | Moreton Ex. 4 | 8/20/2024 | Moved to JTX-0125 | AURO_PIMAV00002806 | AURO_PIMAV00002901 | |
| DTX304 | | | Aurobindo ANDA | AURO_PIMAV00000085 | AURO_PIMAV00000087 | |
| DTX305 | | | Aurobindo ANDA | AURO_PIMAV00000450 | AURO_PIMAV00000452 | |
| DTX306 | | | Moved to JTX-0126 | AURO_PIMAV00002154 | | |
| DTX307 | | | Moved to JTX-0127 | AURO_PIMAV00002160 | AURO_PIMAV00002162 | |
| DTX308 | | | Aurobindo ANDA | AURO_PIMAV00002167 | | |
| DTX309 | | | Moved to JTX-0128 | AURO_PIMAV00002185 | AURO_PIMAV00002186 | |
| DTX310 | | | Aurobindo ANDA – Label | AURO_PIMAV00002243 | AURO_PIMAV00002244 | |
| DTX311 | | | Aurobindo ANDA – Label | AURO_PIMAV00002310 | | |
| DTX312 | | | Moved to JTX-0129 | AURO_PIMAV00002313 | AURO_PIMAV00002427 | |
| DTX313 | | | Aurobindo ANDA – 2.3 (QOS) | AURO_PIMAV00002428 | AURO_PIMAV00002532 | |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387

Defendants' Proposed Exhibit List

| Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| DTX314 | | | Aurobindo ANDA | AURO_PIMAV00002458 | | |
| DTX315 | | | Aurobindo ANDA – 2.7 (Clinical Summary) | AURO_PIMAV00002572 | AURO_PIMAV00002657 | |
| DTX316 | | | Moved to JTX-0130 | AURO_PIMAV00002744 | AURO_PIMAV00002745 | |
| DTX317 | | | Moved to JTX-0131 | AURO_PIMAV00002746 | AURO_PIMAV0002756 | |
| DTX318 | | | Aurobindo ANDA – 2.3.P.3.2 (Batch Formula- Comp. Quantitative Formula) | AURO_PIMAV00002902 | AURO_PIMAV00002903 | |
| DTX319 | | | Aurobindo ANDA – 3.2.P.3.4 | AURO_PIMAV00002904 | AURO_PIMAV00002943 | |
| DTX320 | | | Moved to JTX-0132 | AURO_PIMAV00002944 | AURO_PIMAV00002961 | |
| DTX321 | | | Aurobindo ANDA – 3.2.R.1.P.1 (Executed Batch Processing Records) | AURO_PIMAV00004434 | AURO_PIMAV00004699 | |
| DTX322 | | | Aurobindo ANDA – Label | AURO_PIMAV00015242 | | |
| DTX323 | | | Moved to JTX-0133 | AURO_PIMAV00015325 | AURO_PIMAV00015342 | |
| DTX324 | | | Moved to JTX-0134 | AURO_PIMAV00039315 | AURO_PIMAV00039318 | |
| DTX325 | | | Moved to JTX-0135 | AURO_PIMAV00044769 | AURO_PIMAV00044772 | |
| DTX326 | | | Moved to JTX-0136 | AURO_PIMAV00088046 | AURO_PIMAV00088049 | |
| DTX327 | | | Moved to JTX-0137 | AURO_PIMAV00089069 | | |
| DTX328 | | | Pimavanserin Capsules 34 mg Inprocess Sample Evaluation for Exhibit Batches (Native) | AURO_PIMAV00089071 | | |
| DTX329 | | | Shanmugam, S. "Granulation Techniques and Technologies: Recent Progresses." BioImpacts. Vol. 5(1), pp. 55-63. 2015. | MORETON_PIMA_000001 – | MORETON_PIMA_000009 | F, R, U, H, C, LK |
| DTX330 | | | Allen, Loyd V., and Howard C. Ansel. "Ansel's Pharmaceutical Dosage Forms and Drug Delivery Systems (10th Edition)." Chapter 6. Tenth edition, Wolters Kluwer Health, 2014. | MORETON_PIMA_000010 – | MORETON_PIMA_000036 | F, R, U, H, C, LK |
| DTX331 | | | Allen, Loyd V., and Howard C. Ansel. "Ansel's Pharmaceutical Dosage Forms and Drug Delivery Systems (10th Edition)." Chapter 8. Tenth edition, Wolters Kluwer Health, 2014. | MORETON_PIMA_000037 – | MORETON_PIMA_000074 | F, R, U, H, C, LK |
| DTX332 | | | Aulton, Michael E., and Kevin M. G. Taylor. "Aulton's Pharmaceutics : The Design and Manufacture of Medicines." Chapter 30. Fourth edition, Elsevier Health Sciences UK, 2013. | MORETON_PIMA_000075 – | MORETON_PIMA_000123 | F, R, U, H, C, LK |
| DTX333 | | | Aulton, Michael E., and Kevin M. G. Taylor. "Aulton's Pharmaceutics : The Design and Manufacture of Medicines." Chapter 33. Fourth edition, Elsevier Health Sciences UK, 2013. | MORETON_PIMA_000124 – | MORETON_PIMA_000139 | F, R, U, H, C, LK |
| DTX334 | | | Cole, G. C., and G. May. "The Instrumentation of a Zanasi LZ/64 Capsule Filling Machine." The Journal of Pharmacy and Pharmacology, Vol. 27, No. 5, 1975, pp. 353–58. | MORETON_PIMA_000140 – | MORETON_PIMA_000145 | F, R, U, H, C, LK |
| DTX335 | | | Mao, Chen, et al. "Harnessing Ordered Mixing to Enable Direct-Compression Process for Low-Dose Tablet Manufacturing at Production Scale." Powder Technology, Vol. 239, 2013, pp. 290–99, https://doi.org/10.1016/j.powtec.2013.02.016. | MORETON_PIMA_000146 – | MORETON_PIMA_000155 | F, R, U, H, C, LK |
| DTX336 | | | Saharan, V. A., et al. "Ordered Mixing: Mechanism, Process and Applications in Pharmaceutical Formulations." Asian J of Pharm Sci, Volume 3, No. 6, pp. 240-59. | MORETON_PIMA_000156 – | MORETON_PIMA_000175 | F, R, U, H, C, LK |
| DTX337 | | | USP and NF Excipients, Listed by Functional Category (TO BE OFFICIAL) Category 20240512 | MORETON_PIMA_000176 – | MORETON_PIMA_000190 | F, R, U, H, C, LK |
| DTX338 | | | USP <1059> Excipient Performance at 1/59; Official On May 12, 2024. | MORETON_PIMA_000191 – | MORETON_PIMA_000249 | F, R, U, H, C, LK |
| DTX339 | Muzzio Ex. 8 | 12/13/2023 | Memorandum Order entered December 13, 2023 in Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al., U.S.D.C.(D.Del.), C.A. No. 22-cv-01387-GBW | | | |
| DTX340 | Muzzio Ex. 9 | 11/15/2007 | U.S. 2007/0264330 A1, Ragnar-Tolf, et al. "Pharmaceutical Formulations of Pimavanserin." Published November 15, 2007 | | | F, R, U, H, C, LK |
| DTX341 | | | Aurobindo ANDA - Manufacturing Process and Process Controls | AURO_PIMAV00002962 | AURO_PIMAV00003058 | F, R, H, U, C |
| DTX342 | | | Aurobindo ANDA - Manufacturing Process and Process Controls | AURO_PIMAV00003059 | AURO_PIMAV00003142 | F, R, H, U, C |
| DTX343 | | | Aurobindo ANDA - Manufacturers | AURO_PIMAV00003144 | AURO_PIMAV00003145 | F, R, H, U, C |
| DTX344 | | | Aurobindo ANDA - Justification of Specification | AURO_PIMAV00003902 | AURO_PIMAV00003919 | F, R, H, U, C |
| DTX345 | | | Aurobindo ANDA - Summary Batch Yield | AURO_PIMAV00004700 | AURO_PIMAV00004709 | F, R, H, U, C |
| DTX346 | | | Aurobindo ANDA - E-mail Batches and Manufacture | AURO_PIMAV00022413 | AURO_PIMAV00022414 | F, R, H, U, C |
| DTX347 | | | Aurobindo ANDA - Master Formula Card | AURO_PIMAV00091670 | AURO_PIMAV00091674 | F, R, H, U, C |
| DTX348 | | | Aurobindo ANDA - Master Formula Card (MFC Number PIA/HA/01/US/01) | AURO_PIMAV00062803 | AURO_PIMAV00062807 | F, R, H, U, C |
| DTX349 | | | Aurobindo ANDA - Master Formula Card (MFC Number PIA/HA/01/US/02) | AURO_PIMAV00041153 | AURO_PIMAV00041157 | F, R, H, U, C |
| MSN-DTX011 | | 2008 | Chang, K. C., et. al., Roller Compaction, Granulation and Capsule Product Dissolution of Drug Formulations Containing a Lactose or Mannitol Filler, Starch, and Talc, 9, 2 AAPS PHARMSCITECH 597, 597-599 (2008) | MSN_PIMA_044745 | MSN_PIMA_044752 | F, R, U, H, C |
| MSN-DTX012 | | 6/7/2024 | Rebuttal Expert Report of Dr. Fernando J. Muzzio Regarding Patent No. 11,452,721 | N/A | N/A | |
| MSN-DTX013 | | 6/7/2024 | Materials Reviewed and Cosidered list from Dr. Fernando J. Muzzio Rebuttal Expert Report | N/A | N/A | |
| MSN-DTX014 | | 8/12/2024 | Deposition Transcript of Pamela Smith | N/A | N/A | |