# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED et al.,<br><br>Defendants. | C.A. No. 22-1387-GBW<br>**(Consolidated)**<br><br>**PUBLIC VERSION FILED<br>NOVEMBER 14, 2024** |

**PRETRIAL ORDER EXHIBIT 9:**

**PLAINTIFF'S TRIAL WITNESS LIST**

Pursuant to L.R. 16.3(c)(7), Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA" or "Plaintiff") identifies the following witnesses that it may call live or by deposition at trial. This list is not a commitment that ACADIA will call any particular witness at trial, or a representation that any witness listed is available or will appear for trial. The witnesses identified herein are generally listed in alphabetical order for organizational purposes.

## I.   ACADIA'S RESERVATION OF RIGHTS

1. ACADIA reserves the right to modify this list in accordance with Fed. R. Civ. P. 26(a)(3), D. Del. LR 16.3, or in view of other events or changed circumstances that may occur before or during trial.

2. ACADIA reserves the right to call live or by deposition any witness on its trial witness list.

3. ACADIA reserves the right to call live or by deposition any witness on Defendants' trial witness list, any witness that Defendants represent they may bring to trial to provide live testimony, any witness Defendants represent they may call by deposition, and any witness identified by Defendants who does not testify at trial.

4. ACADIA reserves the right to introduce testimony of additional witnesses live or by deposition in rebuttal to, or to impeach, any witness called by Defendants.

5. If any ACADIA, Aurobindo, MSN, or third-party witness does not testify live, ACADIA reserves the right to introduce testimony from that witness through deposition.

6. ACADIA reserves the right to call any witness, whether or not listed below, to establish authenticity and/or admissibility of any trial exhibit for which authenticity or admissibility is challenged by Defendants.

7. ACADIA further reserves the right to object on any ground to the admissibility of the testimony of witnesses on Defendants' trial witness list and move for the exclusion or limitation of such testimony.

8. ACADIA reserves the right to revise or supplement this trial witness list consistent with the Pretrial Order or as otherwise permitted by the Court, including based on any party's pretrial exchanges, any pretrial rulings by the Court, or as otherwise necessary.

**I.   EXPERT WITNESSES**

Below are the expert witnesses ACADIA may call as witnesses at trial:

1. Dr. Pamela Smith (live)
2. Dr. Sean Sheridan (live)
3. Dr. Steven Little (live)

**II.   FACT WITNESSES**

Below are the fact witnesses ACADIA may call as witnesses at trial:

1. Dr. Rajesh Agarwal (by deposition)
2. Brendan Teehan (by deposition)

\*   \*   \*