**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 1:22-cv-01387-GBW <br> ) (Consolidated; Lead Case) |
| AUROBINDO PHARMA LIMITED, et al. | ) <br> ) **PUBLIC VERSION FILED** |
| Defendants. | ) **NOVEMBER 14, 2024** <br> ) <br> ) |

**EXHIBIT 10**

**DEFENDANTS' LIST OF WITNESS TO BE CALLED LIVE OR BY DEPOSITION**

1. Pursuant to Local Rule 16.3(c)(7) Defendants identify the following witnesses whom they may call live or by deposition at trial.

2. This list is not a commitment that Defendants will call any particular witness at trial, or a representation that any of the witnesses are available or will appear for trial.

3. By identifying these witnesses, Defendants are not required to call them at trial, nor are Defendants limited in the manner in which such testimony is presented at trial.

4. Defendants further reserve the right to introduce testimony through deposition or live examination for any witness that Plaintiff identifies on its list.

5. If any witness listed as a person whom Defendants intend to call to testify in person is unavailable or does not testify live at trial, Defendants reserve the right to offer deposition testimony from such witness.

6. Defendants reserve the right to introduce the deposition testimony of any witness who has submitted an expert report or declaration on behalf of Plaintiff, but who is not called in person in the Plaintiff's case-in-chief or in any rebuttal at trial.

7. Defendants further reserve the right to call one or more additional witnesses whose testimony is necessary to establish the authenticity or admissibility of any trial exhibit if the authenticity or admissibility of the exhibit is challenged by Plaintiff.

8. Defendants also reserve the right to call any witness for impeachment purposes.

9. With respect to Plaintiff's witnesses, Defendants reserve the right to introduce testimony through deposition or live/remote examination, as appropriate.

10. Defendants also reserve the right to call any witness called by Plaintiff or anyone appearing on Plaintiff's witness list.

11. Defendants reserve the right to call additional witnesses not listed below in rebuttal to those witnesses called by Plaintiff and to revise this list further pursuant to any relevant rulings by the Court or any other changed circumstances, with the permission of the Court.

## I. **EXPERT WITNESSES**

12. Below are the witnesses Defendants intend to call as live expert witnesses at trial to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    a. Dr. Fernando J. Muzzio

    b. Ivan T. Hofmann

    c. Any expert witness listed on Plaintiff's witness list.

13. Below are the witnesses Aurobindo intends to call as live expert witnesses at trial to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    a. Dr. Christian Moreton

14. Below are the witnesses MSN intends to call as live expert witnesses at trial to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    a. Dr. Fernando J. Muzzio

## II. **FACT WITNESSES**

15. Below are the witnesses Defendants will call at trial, live or via deposition, to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    a. Rajesh Agarwal (live or by deposition);

    b. Brendan Teehan (live or by deposition);

    c. Any fact witness listed on Plaintiff's witness list (live or by deposition).

16. Below is the fact witness Aurobindo may call as a live witness at trial (or by deposition) to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    a. Saravanan Kannusamy.