**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED et al., <br><br> Defendants. | C.A. No. 22-1387-GBW <br> **(Consolidated)** <br><br> **PUBLIC VERSION FILED** <br> **NOVEMBER 14, 2024** |

**PRETRIAL ORDER EXHIBIT 11:**

<u>**PLAINTIFF ACADIA'S DEPOSITION DESIGNATIONS**</u>

Plaintiff submits the following deposition designations. The witnesses identified herein are generally listed in alphabetical order for organizational purposes.

**I.     <u>Reservation of Rights</u>**

1.     Plaintiff reserves the right to modify these designations in accordance with Fed. R. Civ. P. 26(a)(3), D. Del. LR 16.3, or in view of other events or changed circumstances that may occur before or during trial.

2.     Plaintiff reserves its right to use all designations (including MSN's and/or Aurobindo's) for any purpose.

3.     Plaintiff reserves the right to revise or supplement these deposition designations consistent with the Pretrial Order, the applicable rules, or as otherwise permitted by the Court, including based on any parties' pretrial exchanges, any pretrial rulings by the Court, or as otherwise necessary.

      4.      To the extent a witness does not appear live at trial, Plaintiff reserves the right to provide affirmative designations and objections and/or counter-designations to MSN's and/or Aurobindo's affirmative designations.

## II. Deposition Designations

| Deposition of Rajesh Agarwal, Ph.D.<br>April 10, 2024 ||||||
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections[1]** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Plaintiff's Counter-Counter-Designations** | **Defendants' Objections to Counter-Counter Designations** |
| 13:23–25 | B, H, R | | | | |
| 14:9–12 | H | | | | |
| 14:20–25 | H | | | | |
| 16:8–18:20 | H | | | | |
| 19:2–20:1 | B, H | | | | |
| 21:14–23 | H | 21:7-13, 21:24-22:1 | E, F, H, OF, R, U | 22:2–12 | H, IC, R |
| 22:13–23:2 | H | 23:9-24:18 | E, F, H, OF, R, U | 24:19–25:15 | H, IC, R |
| 24:19–25:11 | H | | | | |
| 26:15–27:3 | H | | | | |
| 27:25–28:24 | H | 28:25-29:17 | E, F, H, R, U | | |
| 30:14–22 | H | | | | |
| 34:9–25 | H, R (re: 34:9-13), | | | | |
| 35:21–36:10 | AO, H | 36:17-37:8-11 | H, IA, R, U (re:37:8–11) | 37:12–19 | H, NT (as to 37:19) |

---

[1] Unless otherwise indicated, an objection abbreviation applies to the entirety of the relevant designation. When an objection applies to a subset of a designation, the objection will be followed by brackets containing the subset of the designation to which it applies (*e.g.*, for an X objection to 1:1-1:2 within a designation for 1:1-1:10, the objection entry would recite "X [re 1:1-1:2]"). When multiple objections apply to the same subset of a designation, the group of applicable objections will be followed by brackets containing the subset of the designation to which that group of objections applies (*e.g.*, for objections X, Y, and Z applying to 2:1-2:2 within a designation for 2:1-2:10, the objection entry would recite "X, Y, Z [re 2:1-2:2]")."

3

| Deposition of Rajesh Agarwal, Ph.D. April 10, 2024 | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections[1]** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Plaintiff's Counter-Counter-Designations** | **Defendants' Objections to Counter-Counter Designations** |
| 36:17–37:7 | H | 37:8-11 | H, IA, R, U (re:37:8–11) | 37:12–19 | H, NT (as to 37:19) |
| 46:22–47:15 | F, H, NR, R, U | | | | |
| 51:10–54:2 | H | 54:8-55:5 | H, E, OF, U | 55:6–56:21 | H, R |
| 55:6–56:21 | H | 57:20-58:10 | H, E, OF, U | 58:11–24 | H, IC, NT (as to 58:20) |
| 59:7–60:24 | F, H, NR (re 60:16-19), R, U | | | | |
| 71:21–72:15 | F, H, R, U | 72:16–19; 73:5-10 | E, F, H, OF, R, U | | |
| 73:17–76:21 | F, H, NR, R, U | | | | |
| 78:22–79:7 | F, H, NR, R, U | | | | |
| 94:6–95:12 | F, H, NR | | | | |
| 105:22–107:10 | AO, F, H, NR (re 106:15-21), R, U | | | | |
| 107:17–112:20 | F, H, NR (re 110:13-21); R | | | | |
| 118:2–119:25 | H | | | | |
| 125:20–126:24 | AO, H, R | | | | |

| Brendan P. Teehan April 14, 2024 | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections[2]** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Plaintiff's Counter-Counter-Designations** | **Defendants' Objections to Counter-Counter Designations** |
| 8:22–9:4 | B, H, R, U | | | | |
| 12:9–22 | H, NT | | | | |
| 13:25–14:20 | AO, H, NT (as to 14:14-20) | | | | |
| 14:23–15:3 | H | | | | |
| 19:17–20:6 | AO, H, R, U | | | | |
| 23:7–24:12 | F, H, R, U | | | | |
| 25:11–26:2 | H | | | | |
| 28:21–29:18 | F (re 29:12-18), H | | | | |
| 33:15–34:4 | H, NR (as to 34:1-4) | | | | |
| 35:1–37:10 | F, H, R, U | | | | |
| 39:1–41:10 | F, H, NR (as to 40:21-41:10) | | | | |
| 41:15–42:7 | H, R, U | | | | |
| 43:2–44:8 | AO, H | | | | |

---

[2] Unless otherwise indicated, an objection abbreviation applies to the entirety of the relevant designation. When an objection applies to a subset of a designation, the objection will be followed by brackets containing the subset of the designation to which it applies (*e.g.*, for an X objection to 1:1-1:2 within a designation for 1:1-1:10, the objection entry would recite "X [re 1:1-1:2]"). When multiple objections apply to the same subset of a designation, the group of applicable objections will be followed by brackets containing the subset of the designation to which that group of objections applies (*e.g.*, for objections X, Y, and Z applying to 2:1-2:2 within a designation for 2:1-2:10, the objection entry would recite "X, Y, Z [re 2:1-2:2]")."

| Brendan P. Teehan April 14, 2024 | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections[2]** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Plaintiff's Counter-Counter-Designations** | **Defendants' Objections to Counter-Counter Designations** |
| 44:17–47:9 | AO, H, NR (as to 46:22-25 and 47:2-9) | | | | |
| 47:19–48:2 | H, NR (as to 47:19-48:2) | | | | |
| 49:19–50:20 | H, R | | | | |
| 51:25–52:10 | H, R | 51:10-24; 52:21–25, 53:3–54:3 | H, R | 49:19–50:12, 51:4–9 | H, R |
| 53:13–54:3 | H, R | 51:10-52:25, 53:3-12 | H, R | 49:19–50:12, 51:4–9 | H, R |
| 54:13–59:8 | H, R | 59:16-60:11 | H, R, E, U, AO | | |
| 59:23–60:11 | H, R | 54:13-59:8, 59:16-22 | H, R, E, U | | |
| 60:15–61:4 | F, H, R | | | | |
| 61:14–63:22 | F, H, R | 61:5-13 | H, R | | |
| 64:7–68:7 | F, H, R | 68:8-12, 68:14-20 | H, R, E, U | | |
| 69:21–71:4 | H, R | 71:5-19 | H, R, E, U | | |
| 71:24–72:16 | F, H, R | 72:24–75:18, 75:23–77:13 | H, R | | |
| 72:24–75:18 | F, H, R | 71:24–72:16, 75:23–77:13 | H, R | | |
| 75:23–77:13 | F, H, R | 71:24–72:16, 72:24–75:18 | H, R | | |
| 78:8–23 | H | | | | |
| 80:17–81:2 | H | | | | |
| 83:3–86:8 | F, H, R | 86:25–89:11 | H, R | 89:12-14, 89:16–90:13, 90:25–93:2 | H, NR, R |

| Brendan P. Teehan<br>April 14, 2024 | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections[2]** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Plaintiff's Counter-Counter-Designations** | **Defendants' Objections to Counter-Counter Designations** |
| 86:25–89:11 | H | | | | |
| 90:25–93:2 | H, NR (as to 91:10-92:9), R | 93:25–96:17 | AO, H, R | | |
| 93:25–96:17 | AO, H, R | | | | |
| 96:22–99:13 | F, H, R | | | | |
| 100:13–103:1 | H, R | 103:2-9 | H, R | | |
| 103:16–108:15 | AO, H, R | | | | |
| 108:17–111:5 | H, R | | | | |
| 111:17–112:4 | F, H, R | 112:12-14, 112:16-113:15 | H, R, E, U | 114:11–25 | H, IC, R |
| 112:12–114:25 | AO, H, R | | | | |
| 115:15–116:25 | H, R | 117:3–119:2 | H, R, E, U | | |
| 117:3–119:2 | H, R | | | | |
| 119:12–123:12 | H, R | 123:13-18, 124:18-125:11 | H, R, E, U | 125:12–126:3 | F, H, IC, R |
| 126:18–127:9 | H, R | 125:19-23 | H, R, E, U | 127:21–129:1 | H, IC, R |
| 127:21–129:2 | H, NT (as to 129:2) | | | | |
| 130:18–132:3 | AO, H, R | 132:5–133:9 | H, R, E, U | | |
| 132:5–133:9 | H, R | 130:18–131:19, 13121-132:3 | H, R, E, U | | |
| 135:10–136:1 | H, R | 135:4–9 | H, R | | |

7

**OBJECTION KEY**

| Code | Objection | Applicable Rules |
|---|---|---|
| AA | Asked and answered | |
| AO | Attorney objections/colloquy not removed | |
| ARG | Argumentative, or attorney argument. | FRE 611(a) |
| B | Improper bolstering of the credibility of a witness, such as before credibility is attacked. | FRE 607, 608, 801(d)(1)(B) |
| BE | Best evidence rule prohibits introduction. | FRE 1001, 1002 |
| BN | Irregularity in Bates Number (e.g., Bates Number is wrong or missing from marked exhibit) | |
| C | Improper compilation of separate or unrelated documents | FRE 403, 901 |
| CO | Improperly labeled confidentiality designation | |
| D | Improper designation (designation is neither a question nor testimony). | FRE 401-403 |
| DUP | Duplicate exhibit | |
| E | Improper examination (vague, ambiguous, compound, loaded, leading, harassment, etc.). | FRE 401-403, 602, 611 |
| F | Lack of foundation / personal knowledge, including calls for speculation. | FRE 602, 701, 702 |
| H | Hearsay if offered for the truth of the matter asserted. | FRE 801, 802 |
| I | Incomplete document or testimony. | FRE 106, 403, FRCP 32(a)(6) |
| IA | This testimony is objectionable because it is an incomplete answer. | FRE 402, 403, 611 |
| IC | Improper counterdesignation (i.e., does not relate to the subject matter of the original designation) | |
| ID | Improper designation of a witness to be called live. | FRCP 32 |
| IH | Improper hypothetical (omits facts, assumes facts not in evidence, etc.). | FRE 705 |
| IU | Improper use against other parties or for other purposes. | FRE 105 |
| M | Offer of discussion for settlement or compromise. | FRE 408 |
| MIS | Mischaracterizes testimony or evidence, including assuming fact not in evidence. | FRE 611(a) |
| NARR | Calls for improper narrative response. | FRE 611(a) |

8

| Code | Objection | Applicable Rules |
|---|---|---|
| NR | Non-responsive. | FRCP 30, FRE 611(a) |
| NT | Not testimony (is only attorney colloquy, statements from the court reporter, etc.) | |
| OF | Improper testimony from a fact witness (e.g., calls for expert opinion, calls for legal conclusion). | FRCP 26, FRE 602, 701, 702, 704 |
| OSE | Outside scope of expert testimony. | FRE 611(b) |
| OX | Improper opinion testimony by expert witness (including speculation, lacks sufficient basis, improper hearsay, calls for legal conclusion). | FRE 702-704 |
| P | Privileged or attorney work product. | FRCP 26(b), FRE 501, 502 |
| R | Lacks relevance. | FRE 401-403 |
| T | Beyond the scope of the Rule 30(b)(6) topic for which a witness has been designated. | FRCP 30(b)(6), FRE 602 |
| U | Unduly prejudicial, wasteful, confusing, misleading or cumulative. | FRE 403 |