# THE UNITED STATES DISTRICT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUROBINDO PHARMA LIMITED, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | C.A. No. 1:22-cv-01387-GBW <br> (Consolidated; Lead Case) <br><br> **PUBLIC VERSION FILED** <br> **NOVEMBER 14, 2024** |

## EXHIBIT 12

## DEFENDANTS MSN AND AUROBINDO'S AFFIRMATIVE DEPOSITION DESIGNATIONS

1

**OBJECTION KEY**

| Code | Objection | Applicable Rules |
|---|---|---|
| A | The document is objectionable because it has not been properly authenticated or identified. The testimony is objectionable because it concerns a document for which authentication is lacking. | FRE 901 |
| AA | Asked and answered | |
| ARG | Argumentative, or attorney argument. | FRE 611(a) |
| B | Improper bolstering of the credibility of a witness, such as before credibility is attacked. | FRE 607, 608, 801(d)(1)(B) |
| BE | Best evidence rule prohibits introduction. | FRE 1001, 1002 |
| BN | Irregularity in Bates Number (e.g., Bates Number is wrong or missing from marked exhibit) | |
| C | Improper compilation of separate or unrelated documents | FRE 403, 901 |
| CO | Improperly labeled confidentiality designation | |
| D | Improper designation (designation is neither a question nor testimony). | FRE 401-403 |
| DUP | Duplicate exhibit | |
| E | Improper examination (vague, ambiguous, compound, loaded, leading, harassment, etc.). | FRE 401-403, 602, 611 |
| F | Lack of foundation / personal knowledge, including calls for speculation. | FRE 602, 701, 702 |
| H | Hearsay if offered for the truth of the matter asserted. | FRE 801, 802 |
| I | Incomplete document or testimony. | FRE 106, 403, FRCP 32(a)(6) |
| IA | This testimony is objectionable because it is an incomplete answer. | FRE 402, 403, 611 |
| IC | Improper counter-designation (i.e., does not relate to the original designation, is not witness testimony, includes attorney objections) | |
| ID | Improper designation of a witness to be called live. | FRCP 32 |
| IH | Improper hypothetical (omits facts, assumes facts not in evidence, etc.). | FRE 705 |
| IU | Improper use against other parties or for other purposes. | FRE 105 |
| M | Offer of discussion for settlement or compromise. | FRE 408 |

| Code | Objection | Applicable Rules |
|---|---|---|
| MIS | Mischaracterizes testimony or evidence, including assuming fact not in evidence. | FRE 611(a) |
| N | Exhibit not produced in discovery. | FRE 403 |
| NARR | Calls for improper narrative response. | FRE 611(a) |
| NR | Non-responsive. | FRCP 30, FRE 611(a) |
| OF | Improper testimony from a fact witness (e.g., calls for expert opinion, calls for legal conclusion). | FRCP 26, FRE 602, 701, 702, 704 |
| OSE | Outside scope of expert testimony. | FRE 611(b) |
| OX | Improper opinion testimony by expert witness (including speculation, lacks sufficient basis, improper hearsay, calls for legal conclusion). | FRE 702-704 |
| P | Privileged or attorney work product. | FRCP 26(b), FRE 501, 502 |
| R | Lacks relevance. | FRE 401-403 |
| S | Summary requiring underlying data or information. | FRE 1006 |
| T | Beyond the scope of the Rule 30(b)(6) topic for which a witness has been designated. | FRCP 30(b)(6), FRE 602 |
| U | Unduly prejudicial, wasteful, confusing, misleading or cumulative. | FRE 403 |

| Deposition of Rajesh Agarwal April 10, 2024 | | | | | |
|---|---|---|---|---|---|
| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations | Defendants' Counter-Counter-Designations | Plaintiff's Objections to Defendants' Counter-Counter Designations |
| 10:12-14 | | | | | |
| | | 10:15-18 | H, IC, R | | |
| | | 10:24-11:19 | H, IC, R | | |
| | | 13:23-25 | H, IC, R | | |
| 14:9-12 | | | | | |
| | | 14:13-25 | F, H, IC, R | | |
| 15:11-16:7 | | | | | |
| | | 16:8-18:20 | H | | |
| 18:23-19:8 | | | | | |
| | | 21:2-21:6 | H, IC, R | | |
| 21:7-22:1 | I, E, R, F | | | | |
| | | 22:2-12 | H, IC, NR, R | | |
| 22:13-23:2 | I, E, R, F | | | | |
| 23:9-24:14 | I, E, F | | | | |
| 24:19-25:11 | I, E, R, F, H, IH | | | | |
| | | 25:12-15 | H, IC, R | | |
| | | 26:15-27:3 | H, IC, R | | |
| 27:4-28:9 | I, E, F | | | | |
| 28:9-24 | I, E, F | | | | |

| Deposition of Rajesh Agarwal<br>April 10, 2024 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 28:25-29:17 | I, E, R, F | | | | |
| | | 30:14-22 | H, IC, R | | |
| 31:4-20 | I | | | | |
| | | 31:21-32:2 | F, H, IC, R | | |
| 32:3-16 | I, R, F | | | | |
| | | 32:17-33:20 | F, H, IC, R | | |
| 34:3-25 | I, E, R, F, IH | | | | |
| 35:21-25 | I, E, R, F, U, IH | | | | |
| | | 35:26-36:2 | IC | | |
| 36:3-10 | I, E, R, F, IH | | | | |
| 36:17-37:11 | I, E, R, F, IH | | | | |
| | | 37:12-18 | H, IC, R | | |
| 37:20-38:8 | I, E, R, F | | | | |
| 38:9-39:21 | I, E, R, F | | | | |
| 39:22-40:2 | I, E, R, F, IH | | | | |
| | | 40:3-41:7 | H, IC, R | | |
| 41:8-16 | I, E, R, F, IH, OF | | | | |
| | | 42:14-20 | H, IC, R | | |

| Deposition of Rajesh Agarwal<br>April 10, 2024 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 43:1-17 | I, E, F | | | | |
| | | 43:18-44:4 | F, H, R | | |
| 44:5-18 | I, E, R, F | | | | |
| | | 44:19-46:13 | F, H, R | | |
| 46:14-48:13 | I, E, R, F | | | | |
| | | 48:14-23 | F, H, IC, R | | |
| 49:22-50:16 | I, E, R, F, OF, IH | | | | |
| | | 50:17-25 | | | |
| 51:10-25 | I | | | | |
| | | 52:1-20 | F, H, IC, R | | |
| 52:21-53:17 | I, E, F, OF, IH | | | | |
| | | 53:18-54:7 | F, H, IC, R | | |
| 54:8-54:24 | I, E, F | | | | |
| 55:3-5 | I, E, F, OF, IH | | | | |
| | | 55:6-56:21 | F, H, IC, R | | |
| 58:3-19 | I, E, F, IH | | | | |
| 58:21-24 | | | | | |
| | | 59:7-60:24 | F, H, IC, R | | |

6

| Deposition of Rajesh Agarwal April 10, 2024 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 63:5-64:7 | I, E, R, F | | | | |
| 64:15-65:5 | E | | | | |
| 71:4-72:5 | I, E, R, F, OF, AA, IH | | | | |
| 72:11-19 | I, E, R, F, IH | | | | |
| 73:17-74:6 | R, F | | | | |
| | | 74:7-77:1 | F, H, IC, R | | |
| | | 78:22-79:7 | F, H, IC, R | | |
| 79:8-80:10 | I, E, R, F, U, OF, IH | | | | |
| 80:25-81:15 | R, F | | | | |
| | | 83:17-84:8 | F, H, IC, R | | |
| 84:15-85:13 | R, F | | | | |
| | | 91:8-16 | F, H, IC, R | | |
| 91:18-93:2 | I, E, R, F, U, OF, IH | | | | |
| 93:7-12 | I, E, R, F, U, OF, IH | | | | |
| | | 93:13-14 | IC | | |
| 93:15-16 | | | | | |
| 93:18-22 | I, E, R, F, U, OF, IH, AA | | | | |

7

| | Deposition of Rajesh Agarwal April 10, 2024 | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| | | 93:23 | IC | | |
| 93:24-94:1 | | | | | |
| 94:3-5 | I, E, R, F, U, OF, IH, AA | | | | |
| | | 94:6-96:24 | F, H, IC, R | | |
| 96:25-97:18 | I, E, R, F, U, OF, IH, AA | | | | |
| 98:21-99:17 | I, F | | | | |
| 99:20-100:25 | I, E, R, F, OF, IH | | | | |
| 105:13-106:2 | I, E, R, F | | | | |
| | | 106:3-10 | F, H, R | | |
| 106:11-14 | I, E, R, F, IH | | | | |
| | | 106:15-107:10 | F, H, IC, R | | |
| 107:17-108:7 | R, F | | | | |
| 108:8-109:9 | I, E, R, F | | | | |
| 109:10-110:12 | I, E, R, F, U, OF, IH | | | | |
| | | 110:13-112:2 | F, H, IC, R | | |
| 112:3-20 | I, E, R, F | | | | |
| 118:2-119:25 | I | | | | |

8

9

| Deposition of Brendan Teehan April 19, 2024 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 8:22-9:3 | | | | | |
| | | 9:4 | | | |
| | | 12:9-22 | IC | | |
| 13:1-9 | | | | | |
| 13:17-14:13 | I | | | | |
| | | 14:14-20 | IC | | |
| 14:23-15:3 | | | | | |
| 19:4-19 | I, E, R, F | | | | |
| | | 19:20-22 | IC | | |
| 19:23-20:25 | I, E, R, F | | | | |
| | | 21:2-22:5 | F, H, IC, R | | |
| 22:11-24:12 | E, R, F | | | | |
| 25:11-29:18 | I, E, R, F, IH | | | | |
| | | 29:23-30:8 | H, IC, R | | |
| 30:9-16 | I, E, F | | | | |
| 31:1-13 | I, E, F | | | | |
| | | 31:14-32:21 | F, H, IC, R | | |
| 32:22-33:12 | I, E, F | | | | |
| 33:15-34:4 | I, E, F | | | | |

10

| Deposition of Brendan Teehan April 19, 2024 | | | | | |
|---|---|---|---|---|---|
| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations | Defendants' Counter-Counter-Designations | Plaintiff's Objections to Defendants' Counter-Counter Designations |
| | | 34:5-16 | F, H, R | | |
| 34:17-25 | I, E, R, F, U | | | | |
| | | 35:1-36:1 | F, H, IC, R | | |
| 36:2-13 | I, R, F | | | | |
| | | 36:14-37:10 | F, H, IC, R | | |
| 38:23-40:14 | I, E, R, F | | | | |
| | | 40:15-41:10 | H, IC, R | | |
| 43:2-19 | I, E, R, F, IH | | | | |
| 43:21-47:9 | I, E, R, F, IH | | | | |
| | | 47:19-48:10 | F, H, IC, R | | |
| 49:19-50:5 | I, F | | | | |
| | | 50:6-20 | H, IC, R | | |
| 51:4-52:10 | I, E, R, F | | | | |
| | | 52:21-53:12 | H, IC, R | | |
| 53:13-54:3 | I, E, R, F | | | | |
| 54:6-8 | | | | | |
| 54:13-55:17 | I, E, R, F | | | | |
| 55:25-56:6 | I, E, R, F | | | | |
| | | 56:7-56:22 | H, IC, R | | |

11

| Deposition of Brendan Teehan<br>April 19, 2024 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 56:23-58:2 | I | | | | |
| | | 58:3-59:8 | F, H, IC, R | | |
| | | 59:23-11 | F, H, IC, R | | |
| | | 64:7-67:8 | F, H, IC, R | | |
| 67:9-68:12 | I, E, R, F | | | | |
| 68:14-20 | | | | | |
| 69:2-11 | I | | | | |
| | | 69:12-70:1 | H, IC, R | | |
| 70:2-71:4 | I, R, F | | | | |
| | | 72:17-23 | F, H, IC, R, U | | |
| 72:24-73:23 | I, E, R, F, OF, IH | | | | |
| 73:25-74:19 | | | | | |
| 74:21-24 | R | | | | |
| 75:4-18 | I, E, F, OF | | | | |
| | | 75:23-76:14 | H, R | | |
| 76:15-77:13 | I, E, IH | | | | |
| 78:8-23 | I | | | | |
| | | 78:24-81:10 | F, H, R, U | | |

| Deposition of Brendan Teehan April 19, 2024 |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
|  |  | 83:3-84:5 | F, H, IC, R |  |  |
| 84:6-84:21 | I, E, F |  |  |  |  |
|  |  | 84:22-86:8 | F, H, IC, R |  |  |
|  |  | 86:25-87:9 | F, H, IC, NR, R |  |  |
| 87:10-89:11 | I, E, R, F |  |  |  |  |
|  |  | 90:25-92:9 | F, H, IC, NR, R |  |  |
| 92:10-18 | I, E, R |  |  |  |  |
|  |  | 92:19-93:2 | F, H, IC, NR, R |  |  |
| 93:25-94:16 | I, E, R |  |  |  |  |
|  |  | 94:17-24 | H, R |  |  |
| 95:6-96:5 | I, E, R |  |  |  |  |
| 96:7-11 |  |  |  |  |  |
|  |  | 96:13-17 | F, H, R |  |  |
|  |  | 96:22-99:13 | F, H, IC, R | 96:18-21 |  |
| 99:16-100:6 | I, E, R, F, OF |  |  |  |  |
| 100:8-11 |  |  |  |  |  |
| 103:16-104:4 | I, E |  |  |  |  |
|  |  | 104:5-19 | H, IC, NR, R |  |  |

13

| **Deposition of Brendan Teehan April 19, 2024** |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| | | 104:20-107:19 | H, IC, NR, R | | |
| 107:20-109:12 | I, E, R, F | | | | |
| 112:1-4 | I, E, R, F | | | | |
| 112:12-14 | I, E, R, F | | | | |
| 112:16-21 | I, E, R, F | | | | |
| | | 112:23-113:15 | H, IC, R | | |
| 115:15-25 | I, E, R, F | | | | |
| | | 124:18-125:18 | F, H, IC, R | | |
| 125:19-23 | I, R, F | | | | |
| | | 125:24-126:17 | H, IC, NR, R | | |
| | | 125:18-131:14 | H, IC, NR, R | | |
| | | 131:15-19 | H, IC, NR, R | | |
| | | 131:21-132:7 | H, IC, NR, R | | |

14

| Deposition of Brendan Teehan June 7, 2022 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 9:12-24 | I | | | | |
| | | 9:15-10:3 | H, IC (as to 9:15-24), R | | |
| | | 25:7-26:5 | H, IC, R | | |
| 26:6-18 | I, U, R | | | | |
| | | 29:25-30:7 | H, IC, R | | |
| 30:8-18 | I, U, R | | | | |
| 31:2-8 | I, E, U, R | | | | |
| 33:20-34:2 | I, E, U, R | | | | |
| | | 34:3-35:18 | F, H, IC, R | | |
| 35:19-36:1 | I, E, U, R | | | | |
| | | 44:10-45:12 | H, IC, R | | |
| 45:13-17 | I, E, R, F | | | | |
| 45:22-23 | I, E, R, F | | | | |
| 46:8-47:13 | I, E, R, F | | | | |
| | | 47:14-48:1 | F, H, IC, R | | |
| 50:18-20 | I, E, R, F, U | | | | |
| | | 51:2-17 | H, R | | |
| 51:18-52:20 | I, E, R, F, U | | | | |
| | | 67:11-68:18 | F, H, IC, R | | |

15

| Deposition of Brendan Teehan June 7, 2022 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| 68:19-69:1 | I, E, R, F, U | | | | |
| | | 69:2-70:3 | H, IC, NR, R | | |
| 85:22-86:6 | I, E, F, U | | | | |
| | | 86:7-13 | F, H, IC, R | | |
| | | 108:5-12 | H, IC, R | | |
| 108:13-16 | | | | | |
| | | 108:17-23 | H, IC, R | | |
| 108:24-109:17 | I, E, F, U | | | | |
| 171:2-15 | I, R, F, U | | | | |
| | | 171:16-172:7 | H, IC, R | | |
| 172:8-173:8 | I, R, F, U | | | | |
| 184:9-185:13 | I, E, F, U | 185:14-188:14 | H, IC, R | | |
| 188:15-189:25 | I, E, F, U | | | | |
| 190:8-24 | I, E, F, U | | | | |
| 194:14-19 | | | | | |
| 194:23-25 | I | | | | |
| 195:16-22 | I, E, R, F, U | | | | |
| | | 195:2-3 | | | |

| Deposition of Brendan Teehan June 7, 2022 | | | | | |
|---|---|---|---|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** | **Defendants' Counter-Counter-Designations** | **Plaintiff's Objections to Defendants' Counter-Counter Designations** |
| | | 196:16-197:13 | F, H, IC, R | | |
| 197:14-198:3 | I, E, R, F, U | | | | |
| | | 198:4-11 | F, H, IC, R | | |
| 199:8-12 | | | | | |
| 199:16-200:17 | I, E, R, F, U | | | | |
| | | 200:18-24 | F, H, I, IC, R | 200:25-201:1 | E, R, F |
| 201:2-13 | I, E, R, F, U | | | | |
| 208:1-15 | I, E, R, F, U, IH | | | | |