**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1387-GBW |
| v. | ) | |
| | ) | **CONSOLIDATED** |
| AUROBINDO PHARMA LIMITED, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF ACADIA PHARMACEUTICALS INC.'S UNOPPOSED MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Plaintiff Acadia Pharmaceuticals Inc, respectfully requests an exemption from the Court's May 15, 2023 Standing Order, entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse*, to permit the following individuals to bring their personal electronic devices to the trial, scheduled for December 3, 2024 through December 5, 2024, in this matter, as well as the trial technology check for the purpose of exhibit presentation, and the pretrial conference:    Amy Hulina (party representative), Scott Peachman (attorney), Peter Conway (attorney), Felix Eyzaguirre (attorney), Johnna Vitti (paralegal), Oscar Price (technology professional), Jacques Brown (technology professional), Irene Niyazov (CSS), Pamela A. Smith, Ph.D (expert witness), Sean Sheridan (expert witness), and Steven Little (expert witness).

All counsel and staff agree to be bound by Federal Rule of Criminal

Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

Counsel for Defendants have indicated they do not oppose this motion.

IT IS SO ORDERED this _25th_ day of _November_ , 2024

_____

UNITED STATES DISTRICT COURT JUDGE

Date: November 25, 2024                          **SAUL EWING LLP**

OF COUNSEL:                                      _/s/ Michelle C. Streifthau-Livizos_
                                                 James D. Taylor, Jr. (# 4009)
Chad J. Peterman                                 Jennifer M. Becnel-Guzzo (#4492)
Bruce M. Wexler                                  Jessica M. Jones (#6246)
Scott F. Peachman                                Michelle C. Streifthau-Livizos (#6584)
Peter E. Conway                                  1201 N. Market Street, Suite 2300
PAUL HASTINGS LLP                                Wilmington, DE 19801
200 Park Avenue                                  Telephone: (302) 421-6800
New York, New York 10166                         james.taylor@saul.com
(212) 318-6000                                   jennifer.becnel-guzzo@saul.com
                                                 jessica.jones@saul.com
Felix A. Eyzaguirre                              michelle.streifthau-livizos@saul.com
PAUL HASTINGS LLP
600 Travis Street, 58th Floor                    _Attorneys for Plaintiff ACADIA_
Houston, TX 77002                                _Pharmaceuticals Inc._
(713) 860-7300