United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0001-MSN | Smith Ex. 5 | 4/24/2020 | MSN's ANDA Section 3.2.P.1 Description and Composition of the Drug Product | MSN_PIMA_015454 | MSN_PIMA_015462 |
| JTX-0002-MSN | | 4/16/2009 | MSN's ANDA Section 2.3.P. Drug Product | MSN_PIMA_013677 | MSN_PIMA_013723 |
| JTX-0003-MSN | | 4/24/2020 | MSN's ANDA Section 3.2.P.3.3 Description of Manufacturing Process and Process Controls | MSN_PIMA_015889 | MSN_PIMA_015894 |
| JTX-0004-MSN | | 11/10/2020 | In-Process Specification for MSN's ANDA | MSN_PIMA_015720 | MSN_PIMA_015720 |
| JTX-0005-MSN | | 11/26/2020 | MSN's ANDA Section 3.2. P.3.4 Controls of Critical Steps and Intermediates | MSN_PIMA_015953 | MSN_PIMA_015954 |
| JTX-0006-MSN | | 11/1/2020 | MSN's ANDA Batch Manufacturing Record (11.2020) | MSN_PIMA_015679 | MSN_PIMA_015719 |
| JTX-0007-MSN | | 4/27/2020 | MSN's ANDA Section 3.2.P.2 Pharmaceutical Development Report | MSN_PIMA_014934 | MSN_PIMA_015011 |
| JTX-0008-MSN | | 4/28/2020 | MSN's ANDA Section 2.3.P Quality Overall Summary | MSN_PIMA_013766 | MSN_PIMA_013812 |
| JTX-0009 | Agarwal Ex. 6<br>Hofmann Ex. 2<br>Muzzio Ex. 4<br>Sheridan Ex. 5<br>Smith Ex. 3<br>Little Ex. 5 | 9/27/2022 | Certified Copy of U.S. Patent No. 11,452,721 | ACADIA_1287386<br>ACADIA_1286947<br>HOFMANN_PIMA_00003598 | ACADIA_1287410<br>ACADIA_1286970 |
| JTX-0010 | | 3/14/2022 | Certified Copy of File History of U.S. Patent No. 11,452,721 | ACADIA_1287411 | ACADIA_1289854 |
| JTX-0011 | | 11/15/2007 | U.S. Patent Application Publication No. 2007/0264330 (Ragnar-Tolf) | | |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0012 | | 4/29/2016 | Acadia Pharmaceuticals, Inc. NUPLAZID® Tablets Prescribing Information (Apr. 29, 2016) ("Nuplazid Label") | | |
| JTX-0013 | Agarwal Ex. 4  Little Ex. 8 | 8/7/2015 | Development Strategy for 40 mg IR Pimavanserin Capsule | ACADIA_1082398 | ACADIA_1082403 |
| JTX-0014 | Teehan Ex. 30 | 1/25/2018 | 34 mg Capsules and 10 mg Tablets Conversion Team: 1/25 Conversion | ACADIA_1066443 | ACADIA_1066507 |
| JTX-0015 | Teehan Ex. 31 | 3/19/2019 | NUPLAZID Bi-weekly Commercial Scorecard | ACADIA_1248050 | ACADIA_1248094 |
| JTX-0016 | Teehan Ex. 32 | 00/00/2024 | Net Revenue and Costs for NUPLAZID in the US PDP 2021 - 2024 | ACADIA_1289976 | ACADIA_1289976 |
| JTX-0017 | Teehan Ex. 33 | 00/00/2024 | Nuplazid Historical and Forecasted Bottles and Market Share (2022-2024) | ACADIA_1289977 | ACADIA_1289977 |
| JTX-0018 | Teehan Ex. 34 | 9/3/2020 | 2020 Long Range Plan & Sum of the Parts | ACADIA_1126519 | ACADIA_1126562 |
| JTX-0019 | Teehan Ex. 35 | 8/23/2023 | 2024 NUPLAZID PDP Brand Plan | ACADIA_1289958 | ACADIA_1289975 |
| JTX-0020 | Teehan Ex. 2 | 10/3/2019 | Prescribers of Referrals by NS Target Type & NS Region | ACADIA_1121241 | ACADIA_1121241 |
| JTX-0021 | Teehan Ex. 3 | 10/3/2019 | Prescribers of Referrals by NS Target Type, NS Region and Trench Segment | ACADIA_1121397 | ACADIA_1121397 |
| JTX-0022 | Teehan Ex. 4 | 10/3/2019 | Pimavanserin Market Forecast for Drug Supply Planning | ACADIA_1141141 | ACADIA_1141141 |
| JTX-0023 | Teehan Ex. 5 | 6/16/2014 | Pimavanserin Launch Project Kick Off Meeting | ACADIA_1131375 | ACADIA_1131422 |
| JTX-0024 | Teehan Ex. 6 | 9/28/2016 | Lifecycle Management Preliminary Valuation Perspectives | ACADIA_1126582 | ACADIA_1126599 |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0025 | Teehan Ex. 7 | 6/00/2017 | Lifecycle Management Preliminary Valuation Perspectives | ACADIA_1126620 | ACADIA_1126638 |
| JTX-0026 | Teehan Ex. 8 | 7/20/2017 | 34mg Launch Readiness Team Meeting Minutes and Action Items | ACADIA_1265097 | ACADIA_1265208 |
| JTX-0027 | Teehan Ex. 9 | 00/00/2017 | 2018 Forecast Scenarios | ACADIA_1249207 | ACADIA_1249208 |
| JTX-0028 | Teehan Ex. 10 | 2/16/2018 | Overview - 2018 Plan Sales | ACADIA_1249194 | ACADIA_1249206 |
| JTX-0029 | Teehan Ex. 11 | 2018 | 2019 PDP Forecast Scenarios | ACADIA_1249212 | ACADIA_1249219 |
| JTX-0030 | Teehan Ex. 12 | 4/6/2019 | 2019 Latest Estimates - 1Q19 Earnings Call Prep | ACADIA_1249260 | ACADIA_1249260 |
| JTX-0031 | Teehan Ex. 13 | 7/1/2019 | 2019 Latest Estimates - 2Q19 Earnings Call Prep | ACADIA_1249261 | ACADIA_1249261 |
| JTX-0032 | Teehan Ex. 14 | 00/00/2020 | NUPLAZID Actual and Forecasted Sales in PDP | ACADIA_1249262 | ACADIA_1249262 |
| JTX-0033 | Teehan Ex. 15 | 2/8/2019 | NUPLAZID PDP Long-Range Forecast Update | ACADIA_1249263 | ACADIA_1249281 |
| JTX-0034 | Teehan Ex. 16 | 5/6/2019 | NUPLAZID PDP Long-Range Forecast Update (Thinking PDP only indication) | ACADIA_1249282 | ACADIA_1249304 |
| JTX-0035 | Teehan Ex. 17 | 11/6/2019 | 4Q19 and 2020 PDP Forecast Scenario as of 11.6.19 | ACADIA_1249148 | ACADIA_1249148 |
| JTX-0036 | Teehan Ex. 18 | 7/1/2020 | 2020 PDP Forecast Scenarios: Higher Conversion Rate | ACADIA_1249143 | ACADIA_1249143 |
| JTX-0037 | Teehan Ex. 19 | 7/20/2020 | 2020 PDP Forecast Scenarios (SP Bottles @ PLAN) | ACADIA_1249138 | ACADIA_1249141 |
| JTX-0038 | Teehan Ex. 20 | 6/5/2019 | Sum-of-the-Parts Refresh | ACADIA_1126639 | ACADIA_1126662 |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0039 | Teehan Ex. 21 | 9/8/2020 | ACADIA Business Review Meeting Presentation Deck | ACADIA_1248792 | ACADIA_1248860 |
| JTX-0040 | Teehan Ex. 22 | 8/16/2021 | NUPLAZID PDP Business Review Meeting | ACADIA_1249081 | ACADIA_1249112 |
| JTX-0041 | Teehan Ex. 23 | 11/12/2020 | 2021 PDP and DRP Revenue Scenarios | ACADIA_1249113 | ACADIA_1249137 |
| JTX-0042 | Teehan Ex. 24 | 9/00/2021 | 2021 Long Range Plan & Sum of the Parts | ACADIA_1126563 | ACADIA_1126581 |
| JTX-0043 | Teehan Ex. 25 | 6/12/2020 | 2021 NUPLAZID Strategic Brand Plan | ACADIA_1121078 | ACADIA_1121163 |
| JTX-0044 | Teehan Ex. 26 | 00/00/2021 | 2022 NUPLAZID PDP Brand Plan | ACADIA_1121164 | ACADIA_1121240 |
| JTX-0045 | Teehan Ex. 27 | 12/31/2021 | Consolidated Financial Statements December 31, 2021 | ACADIA_1281762 | ACADIA_1281786 |
| JTX-0046 | Teehan Ex. 28 | 2/23/2021 | Consolidated Financial Statements December 31, 2020 | ACADIA_1281702 | ACADIA_1281761 |
| JTX-0047 | Hoffman 4 | 10/13/2009 | U.S. Patent No. 7,601,740 | | |
| JTX-0048 | Hoffman 3 | 2/9/2010 | U.S. Patent No. 7,659,285 | | |
| JTX-0049 | Uldam Ex. 9 | 11/9/2004 | U.S. Patent No. 6,815,458 | | |
| JTX-0050 | Hofmann Ex. 5 | 10/25/2021 | ACADIA 10-K for the fiscal year ended December 31, 2021 | HOFMANN_PIMA_00002342 | |
| JTX-0051 | Muzzio Ex. 7 | 6/26/2018 | U.S. Patent No. 10,004,682 | N/A | N/A |
| JTX-0052 | | 1/4/2019 | NUPLAZID Weekly Performance Update | ACADIA_1123680 | ACADIA_1123693 |
| JTX-0053 | | 7/14/2016 | Supply Forecast for 34mg-10mg using September BoD Forecasts | ACADIA_1249309 | ACADIA_1249311 |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0054 | | 7/31/2018 | NLM August 2018, NS Workshops | ACADIA_1251889 | ACADIA_1251923 |
| JTX-0055 | | 9/5/2018 | 34mg Launch: Cross-Functional FAQ | ACADIA_1251798 | ACADIA_1251803 |
| JTX-0056 | | 8/2/2018 | NUPLAZID 34 mg Launch Implementation Guide | ACADIA_1251806 | ACADIA_1251864 |
| JTX-0057 | | 5/2/2024 | Pam Smith Opening Report Exhibit 6, USP 40 <616> Bulk Density Method 1 | N/A | N/A |
| JTX-0058 | | 5/2/2024 | Pam Smith Opening Report Exhibit Exhibit 7, Rowe, R. et al, Handbook of Pharmaceutical Excipients (5ed), at 545-550 (Polyethylene Glycol) | N/A | N/A |
| JTX-0059 | | 5/2/2024 | Pam Smith Opening Report Exhibit Exhibit 8, ASTM E1272, Standard Specification for Laboratory Glass Graduated Cylinders, ASTM International (2019) | N/A | N/A |
| JTX-0060 | | 5/2/2024 | Pam Smith Opening Report Exhibit 9, Amidon, G.E. et al, Developing Solid Oral Dosage Forms, Chapter 10: Particle, Powder, and Compact Characterization, Developing Solid Oral Dosage Forms (2017) | N/A | N/A |
| JTX-0061 | | 5/2/2024 | Pam Smith Opening Report Appendix A: Polarized Light Microscopy | N/A | N/A |
| JTX-0062 | | 5/2/2024 | Pam Smith Opening Report Appendix B: Stereomicroscopy Imaging | N/A | N/A |
| JTX-0063 | | 5/2/2024 | Pam Smith Opening Report Appendix C: Bulk Density Testing | N/A | N/A |
| JTX-0064 | | 5/2/2024 | Pam Smith Opening Report Appendix D: Particle Size Distribution | N/A | N/A |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0065 | | 9/00/2020 | MSN Pharmaceuticals, Inc. PIMAVANSERIN Capsules Prescribing Information | MSN_PIMA_015572 | MSN_PIMA_015586 |
| JTX-0066 | | 2021 | ACADIA 2021 Annual Report, available at: https://acadiahealthcare.gcs-web.com/static-files/a236a975-6f02-437d-af96-32281d3d278d | ACADIA_1283245 | ACADIA_1283358 |
| JTX-0067 | | 6/29/2018 | "ACADIA Pharmaceuticals Announces FDA Approval of New Dosing Formulation and Strength for NUPLAZID® (Pimavanserin)," Acadia Press Release, June 29, 2018, https://ir.acadiapharm.com/news-releases/news-release-details/acadia-pharmaceuticals-announces-fda-approvalnew-dosing | ACADIA_1289866 ACADIA_1270195 | ACADIA_1289869 ACADIA_1270197 |
| JTX-0068 | | 11/8/2016 | Duncan, Charles C. and Sarah R. Weber, "3Q 16 Impressive Revenue Beat for NUPLAZID Points to Robust Commercial Execution," PiperJaffray, November 8, 2016. | ACADIA_1283377 | ACADIA_1283382 |
| JTX-0069 | | 9/24/2022 | NA VLIN Nuplazid Report With Pricing Assumptions | ACADIA_1283394 | ACADIA_1283395 |
| JTX-0070 | | 3/20/2017 | Consolidated Financial Statements December 30, 2016 | ACADIA_1281475 | ACADIA_1281523 |
| JTX-0071 | | 2/10/2020 | Consolidated Financial Statements December 30, 2019 | ACADIA_1281524 | ACADIA_1281586 |
| JTX-0072 | | 3/1/2018 | Consolidated Financial Statements December 30, 2017 | ACADIA_1281587 | ACADIA_1281640 |
| JTX-0073 | | 1/17/2019 | Consolidated Financial Statements December 30, 2018 | ACADIA_1281641 | ACADIA_1281701 |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0074 | | 12/23/2020 | Acadia PDP Analyses October 2019 to September 2020 | ACADIA_1281787 | ACADIA_1281944 |
| JTX-0075 | | 3/24/2022 | Nuplazid vs Market and Branded Comparator | ACADIA_1281945 | ACADIA_1281945 |
| JTX-0076 | | 8/11/2020 | PDP Market Share Analysis January 2022 | ACADIA_1281946 | ACADIA_1281949 |
| JTX-0077 | | 3/3/2014 | PDP Market Map Quantitative Research Findings | ACADIA_1281950 | ACADIA_1282021 |
| JTX-0078 | | 10/0/2016 | Nuplazid™ Strategy Development Situation Analysis Report October 2016 | ACADIA_1282022 | ACADIA_1282168 |
| JTX-0079 | | 8/17/2015 | NUPLAZID 2018/2019 Brand Plan-Strategic Portion | ACADIA_1282169 | ACADIA_1282192 |
| JTX-0080 | | 8/11/2020 | PDP Insights Summary: Part 1: HCP | ACADIA_1282193 | ACADIA_1282209 |
| JTX-0081 | | 9/28/2021 | Acadia PDP Community & LTC HCP ATU Summary | ACADIA_1282210 | ACADIA_1282645 |
| JTX-0082 | | 6/10/2022 | ICS Sales Detail Report | ACADIA_1282646 | ACADIA_1282900 |
| JTX-0083 | | 2/24/2021 | Acadia Pharmaceuticals 10-K Filing for year ending in 12/31/2020 | ACADIA_1283006 | ACADIA_1283123 |
| JTX-0084 | | 3/1/2022 | Acadia Healthcare Co.10-K Filing for year ending in December 31, 2021 | ACADIA_1283124 | ACADIA_1283128 |
| JTX-0085 | | 2/27/2023 | Consolidated Financial Statements December 31, 2022 | ACADIA_1289979 | ACADIA_1290005 |
| JTX-0086 | | 5/20/2024 | Consolidated Financial Statements April 30, 2024 | ACADIA_1290006 | ACADIA_1290039 |
| JTX-0087 | | 2/26/2024 | Consolidated Financial Statements December 31, 2023 | ACADIA_1290040 | ACADIA_1290072 |
| JTX-0088 | | 5/24/2024 | USP PDP Spreadsheet | ACADIA_1290073 | ACADIA_1290073 |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0089 | | 6/8/2010 | U.S. Patent No. 7,732,615 | ACADIA_0000030 HOFMANN_PIMA_00003047 | ACADIA_0000065 HOFMANN_PIMA_00003082 |
| JTX-0090 | | 9/7/2010 | U.S. Patent No. 7,790,899 | N/A | N/A |
| JTX-0091 | | 2009 | Colorcon, Opadry® fxTM, An Immediate Release, Pearlescent, Film Coating System from Colorcon® (2009) | ACADIA_1290075 MSN_PIMA_044848 | ACADIA_1290081 MSN_PIMA_044849 |
| JTX-0092 | | 2013 | Colorcon, Technical Bulletin, Taste Masking with Surelease® and Opadry® (2013) | ACADIA_1290082 | ACADIA_1290083 |
| JTX-0093 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290085 | ACADIA_1290085 |
| JTX-0094 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290086 | ACADIA_1290088 |
| JTX-0095 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290089 | ACADIA_1290089 |
| JTX-0096 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290090 | ACADIA_1290092 |
| JTX-0097 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290093 | ACADIA_1290093 |
| JTX-0098 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290094 | ACADIA_1290096 |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0099 | | Undated | Bulk Density and Particle Size Distribution determinations for Nuplazid 34 mg conducted by Improved Pharma | ACADIA_1290097 | ACADIA_1290110 |
| JTX-0100-AURO | | | Aurobindo's ANDA Section 1.12.12 | AURO_PIMAV00002154 | |
| JTX-0101-AURO | | | Aurobindo's ANDA – Label | AURO_PIMAV00002160 | AURO_PIMAV00002162 |
| JTX-0102-AURO | | | Aurobindo's ANDA – Highlights of Prescribing Information | AURO_PIMAV00002185 | AURO_PIMAV00002186 |
| JTX-0103-AURO | | | Aurobindo's ANDA – Section 2.3 Quality Overall Summary | AURO_PIMAV00002313 | AURO_PIMAV00002427 |
| JTX-0104-AURO | | | Aurobindo's ANDA – Inactive Ingredients and Amounts as per IIG | AURO_PIMAV00002744 | AURO_PIMAV00002745 |
| JTX-0105-AURO | | | Aurobindo's ANDA – Section 3.2.P.1 Description and Composition of the Drug Product | AURO_PIMAV00002746 | AURO_PIMAV0002756 |
| JTX-0106-AURO | | | Aurobindo's ANDA – Section 3.2.P.3.3 Description of Manufacturing Process and Process Controls | AURO_PIMAV00002944 | AURO_PIMAV00002961 |
| JTX-0107-AURO | | | Aurobindo's ANDA – Insert – Highlights of Prescribing Information | AURO_PIMAV00015325 | AURO_PIMAV00015342 |
| JTX-0108-AURO | | | Master Formula Card | AURO_PIMAV00088046 | AURO_PIMAV00088049 |
| JTX-0109-AURO | | | Master Formula Card | AURO_PIMAV00044769 | AURO_PIMAV00044772 |
| JTX-0110-AURO | | | Pimavanserin Capsules 34 mg Inprocess Sample Evaluation for Exhibit Batches (Native) | AURO_PIMAV00089069 | |
| JTX-0111 | | 4/29/2016 | Acadia Pharmaceuticals, Inc. NUPLAZID® Tablets Prescribing Information (Apr. 29, 2016) ("Nuplazid Label") | ACADIA_1283405 | ACADIA_128418 |
| JTX-0112 | | 8/27/2022 | Certificate of Correction for US Patent No. 11,452,721 | | |
| JTX-0113 | | | **INTENTIONALLY OMITTED** | | |

United States District Court for the District of Delaware
Acadia Pharmaceuticals Inc v. Aurobindo Pharma Ltd., Case No. 22-cv-01387
JOINT EXHIBIT LIST

| JTX- Exhibit No. | Deposition Exhibit No. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| JTX-0114 | | | INTENTIONALLY OMITTED | | |
| JTX-0115 | | | INTENTIONALLY OMITTED | | |
| JTX-0116 | | | INTENTIONALLY OMITTED | | |
| JTX-0117 | | | INTENTIONALLY OMITTED | | |
| JTX-0118 | | | INTENTIONALLY OMITTED | | |
| JTX-0119 | | | INTENTIONALLY OMITTED | | |
| JTX-0120 | | | INTENTIONALLY OMITTED | | |
| JTX-0121 | | | INTENTIONALLY OMITTED | | |
| JTX-0122 | | | INTENTIONALLY OMITTED | | |
| JTX-0123 | | | INTENTIONALLY OMITTED | | |
| JTX-0124 | | | INTENTIONALLY OMITTED | | |
| JTX-0125-AURO | Moreton Ex. 4 | 8/20/2024 | Aurobindo's ANDA Section 3.2.P.2 Pharmaceutical Development Report | AURO_PIMAV00002806 | AURO_PIMAV00002901 |
| JTX-0126 | | | INTENTIONALLY OMITTED | | |
| JTX-0127 | | | INTENTIONALLY OMITTED | | |
| JTX-0128 | | | INTENTIONALLY OMITTED | | |
| JTX-0129 | | | INTENTIONALLY OMITTED | | |
| JTX-0130 | | | INTENTIONALLY OMITTED | | |
| JTX-0131 | | | INTENTIONALLY OMITTED | | |
| JTX-0132 | | | INTENTIONALLY OMITTED | | |
| JTX-0133 | | | INTENTIONALLY OMITTED | | |
| JTX-0134-AURO | | | Master Formula Card | AURO_PIMAV00039315 | AURO_PIMAV00039318 |