# SEITZ VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELORS AT LAW

BERNARD A. VAN OGTROP　　　　Writer's Direct Dial: (302) 888-7607　　　　JAMES S. GREEN, JR.
R. KARL HILL　　　　　　　Writer's E-Mail Address: jsgreen@svglaw.com
　　　　　　　　　　　　　　www.svglaw.com

December 12, 2024

*Via: CM/ECF and Hand Delivery*

The Honorable Gregory B. Williams
U.S. District Court District of Delaware
Caleb Boggs Federal Building
844 N. King Street; Unit 26 Room 6124
Wilmington, DE 19801

  **RE:** *Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.*,
    C.A. 1:22-cv-01387-GBW;

  **Post-Trial Submission Deadlines**

Dear Judge Williams:

  I submit this joint letter request on behalf of all the parties in the above-referenced matter.

  At the conclusion of trial last Friday on December 6, 2024, Your Honor ordered post-trial briefing and submissions of proposed findings of fact and conclusions of law.[1] Opening briefs are due on January 6, 2025 and response briefs are due on February 5, 2025. At the time, it was believed that final transcripts would be made available on Monday December 9, 2024. Understandably, however, final transcripts may not be available until next week on or about December 16, 2024.

  With the intervening holidays and less time than anticipated to review and incorporate trial testimony, the parties respectfully request a one-week extension of

---

[1] The Court entered a corresponding Supplemental Scheduling Order on December 9, 2024 [D.I. 120].

*The Honorable Gregory B. Williams*
*December 12, 2024*
*Page 2*

each of the January 6, 2025 and February 5, 2025 deadlines that are set forth in the Supplemental Scheduling Order, to January 13, 2025 and February 12, 2025, respectively. A stipulation and proposed form of order is enclosed for Your Honor's consideration.

      Counsel remains available at Your Honor's convenience should the Court have any questions or additional concerns.

      Respectfully submitted,

      /s/ *James S. Green, Jr.*

      James S. Green, Jr. (DE Bar No. 4406)

JSG/cth
Enclosure

cc: All counsel of record (CM/ECF).