**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1387-GBW |
| v. | ) | |
| | ) | **CONSOLIDATED** |
| AUROBINDO PHARMA LIMITED, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER AMENDING
SUPPLEMENTAL SCHEDULING ORDER**

Plaintiff ACADIA Pharmaceuticals, Inc. ("Plaintiff") and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. and Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (together, "Aurobindo") (collectively, "Defendants"), hereby file this Stipulation and [Proposed] Order Amending Supplemental Scheduling Order.

WHEREAS, trial in the above-captioned matter began on December 3, 2024 and concluded on December 6, 2024;

WHEREAS, the Court entered the Supplemental Scheduling Order governing the post-trial briefing schedule on December 9, 2024 [D.I. 120];

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to approval of the Court, that the deadlines set forth in the Supplemental Scheduling Order shall be modified as follows:

1. The January 6, 2025 deadline for filing opening briefs and Proposed Findings of Fact and Conclusions of Law shall be extended by one week to January 13, 2025;

2. The February 5, 2025 deadline for filing answering briefs and Proposed Findings of Fact and Conclusions of Law shall be extended by one week to February 12, 2025.

Date:   December 12, 2024

SAUL EWING LLP

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff*
*ACADIA Pharmaceuticals Inc.*

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

*Attorneys for Defendants MSN Laboratories*
*Private Ltd. and MSN Pharmaceuticals, Inc.*

KRATZ & BARRY LLP

*/s/ R. Touhey Myer*
R. Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants Aurobindo Pharma Ltd.*
*and Aurobindo Pharma USA, Inc*

IT IS SO ORDERED on this _____ day of December 2024

_____
UNITED STATES DISTRICT JUDGE