

Jennifer M. Becnel-Guzzo
Phone: (302) 421-6811
Fax: (302) 421-6813
jennifer.becnel-guzzo@saul.com
www.saul.com

December 16, 2024

**VIA CM/ECF**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street Unit 26 Room 6124
Wilmington, DE  19801

  Re: *ACADIA Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.,*
     C.A. No. 1:22-cv-01387-GBW

Your Honor:

  Plaintiff Acadia Pharmaceuticals, Inc. submits this joint letter on behalf of all parties in the action.

  Enclosed is a proposed redacted form of the Memorandum Opinion related to the Motions in Limine which is presently sealed at D.I. 112.  Aurobindo's proposed redactions relate solely to its Confidential Non-Infringement positions.  MSN's redactions relate only to confidential aspects of MSN's ANDA Product, which has not yet been marketed or made available to the public. This is not information that was presented in Court or otherwise sealed, and it is subject to the protective order in the action.

  Finally, all parties consent to the form of the Order presently sealed at D.I. 113 being made publicly available on the docket, without redaction.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address:  1201 North Market Street, Suite 2300 Wilmington, DE 19801

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
53592436.1

December 16, 2024
Page 2

      All Counsel remain available at the Court's convenience should Your Honor have any questions.

                                                Respectfully submitted,

                                                /s/ Jennifer M. Becnel-Guzzo

                                                Jennifer M. Becnel-Guzzo (#4492)

Enclosure
cc:    Counsel of record (via CM/ECF)