# THE UNITED STATES DISTRICT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 1:22-cv-01387-GBW (Consolidated; Lead Case) |
| AUROBINDO PHARMA LIMITED, et al. | |
| Defendants. | |

## [PROPOSED] ORDER

Having considered Defendants MSN Laboratories Pvt. Ltd. and MSN Pharmaceuticals, Inc.'s ("Defendants") motion (the "Motion") for leave to file a post-trial reply brief, it is hereby

ORDERED that Defendants' Motion is GRANTED.

_____

_____
UNITED STATES DISTRICT COURT JUDGE