# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 22-1387-GBW |
| AUROBINDO PHARMA LIMITED, et al., | CONSOLIDATED |
| Defendants. | |

## ORDER

At Wilmington this 16th day of May 2025, **IT IS HEREBY ORDERED** as follows:

1. The Court concludes that Acadia demonstrated by a preponderance of the evidence that Aurobindo infringes claims 4 and 5 of U.S. Patent No. 11,452,721.

2. The Court concludes that Defendants failed to demonstrate by clear and convincing evidence that claims 4 and 5 of U.S. Patent No. 11,452,721 are invalid.

3. The Court denies MSN's Motion for Leave to File Post-Trial Reply Brief (D.I. 137) and denies-as-moot Acadia's contingent request for leave to file a sur-reply (D.I. 138 at 8).

4. Within fourteen (14) days of the entry of this Order, the parties shall meet and confer in attempt to reach agreement on how this action should proceed. If the parties reach agreement, they shall file a joint letter with this Court not to exceed five (5) pages by no later than twenty-one (21) days from the entry of this Order describing the agreement. If the parties are unable to reach agreement, the parties shall file a joint letter with this Court not to exceed ten (10) pages by no later than twenty-one (21) days from the entry of this

Order setting forth the parties' positions on how the action should proceed. Either letter shall address the relief requested in the parties' Proposed Joint Pretrial Order (D.I. 101).

5. During trial, Mr. Chad Peterman (counsel for Acadia) stated: "I do want to state on the record that we are only asserting Claims 4 and 5 of the '721 patent against -- against the defendants. We will work with MSN to file a revised stipulation because that included -- that included Claim 13 as well. But we will be only pursuing Claims 4 and 5." Tr. 18:19-24. Acadia shall file a letter with this Court not to exceed two (2) pages by no later than seven (7) days from the entry of this Order updating the Court on status of this revised stipulation.

6. Because the Court's Opinion is filed under seal, the parties shall meet and confer and, no later than thirty (30) days after entry of this Order, file a proposed redacted version of the Opinion, along with a motion supported by a declaration that contains a clear, factually detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious injury to the party seeking closure." *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019). If the parties do not file a proposed redacted version and corresponding motion by the deadline, or if the Court determines the motion lacks a meritorious basis, the Opinion will be unsealed in whole or in part.

                                                GREGORY B. WILLIAMS
                                        UNITED STATES DISTRICT JUDGE