SAUL EWING LLP

Michelle C. Streifthau-Livizos
Phone: (302) 421-6819
Fax: (302) 421-6813
michelle.streifthau-livizos@saul.com
www.saul.com

May 23, 2025

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 North King Street, Unit 26
Wilmington, DE 19801-3555

RE: *Acadia Pharms. Inc. v. Aurobindo Pharma Limited, et al.*,
C.A. No. 22-1387-GBW (D. Del.)

Dear Judge Williams:

Pursuant to Paragraph 5 of the Court's Order (D.I. 141), we write on behalf of the parties to provide a status update regarding the submission of a revised stipulation. The parties have conferred and respectfully submit the attached revised stipulation to the Court.

Respectfully,

/s/ *Michelle C. Streifthau-Livizos*

Michelle C. Streifthau-Livizos (#6584)

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and e-mail)

Encl.