**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 22-1387-GBW |
| AUROBINDO PHARMA LIMITED *et al.*, Defendants. | ) | CONSOLIDATED |

**STIPULATION OF INFRINGEMENT AND [PROPOSED] ORDER**
**REGARDING U.S. PATENT NO. 11,452,721**

Plaintiff Acadia Pharmaceuticals Inc. ("ACADIA"), and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN") (together with ACADIA, the "Parties"), by their respective undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS,** ACADIA has asserted claims against MSN for infringement of U.S. Patent No. 11,452,721 (the "'721 Patent") in connection with MSN's submission of Abbreviated New Drug Application ("ANDA") No. 214925 for pimavanserin tartrate oral capsule, EQ 34 mg base, to the U.S. Food and Drug Administration ("FDA");

**WHEREAS**, ACADIA has asserted Claims 1, 3-5, 10-13 of the '721 Patent against MSN;

**WHEREAS**, the Court construed certain claim terms in claims 1, 3-5, and 10-13 of the '721 patent without adopting the constructions MSN had proposed (*see* D.I. 43);

**WHEREAS,** the Parties are interested in narrowing the issues before the Court and in limiting the attendant burden and expense of such issues;

**WHEREAS,** the Parties previously filed a Stipulation of Infringement and [Proposed] Order Regarding U.S. Patent No. 11,452,721 (Nov. 29, 2024) (D.I. 115), which was entered by the Court on December 3, 2024 (D.I. 119);

**NOW, THEREFORE,** the Parties, by their undersigned counsel, hereby stipulate and agree, for the purposes of this action only, as follows:

1. This stipulation shall entirely supersede the Stipulation of Infringement and [Proposed] Order Regarding U.S. Patent No. 11,452,721 (Nov. 29, 2024) (D.I. 115) and its entry by the Court (D.I. 119), and both shall be considered null and void upon entry of this stipulation.

2. MSN's submission of ANDA No. 214925 constitutes infringement of Claims 4 and 5 of the '721 Patent pursuant to 35 U.S.C. § 271(e)(2)(A), as construed by the Court in its Claim Construction Order (D.I. 43), unless such claim of the '721 Patent is determined to be invalid or unenforceable.

3. The commercial sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States by MSN of any product covered by ANDA No. 214925 would constitute an act of infringement of Claims 4 and 5 of the '721 Patent under one or more of 35 U.S.C. §§ 271(a), (b), and/or (c), as construed by the Court in its Claim Construction Order (D.I. 43), unless such claim of the '721 Patent is determined to be invalid or unenforceable.

4. MSN further stipulates that it will not proceed with its assertion of counterclaims and defenses asserting unclean hands (Third Count and Eighth Defense, D.I. 13) and patent misuse (Ninth Defense, D.I. 13) as related to the '721 Patent in this litigation.

5. By entering into this stipulation, MSN does not waive any invalidity defenses for Claims 4 and 5 of the '721 Patent other than as specified in Paragraph 3 above. This stipulation does not relate to, dismiss, or in any way affect MSN's invalidity challenges to Claims 4 and 5 of

the '721 Patent other than as specified in Paragraph 3 above, or ACADIA's defense of such invalidity challenges.

6. In light of the stipulation on infringement, ACADIA stipulates that it is no longer asserting that MSN's submission of ANDA No. 214925 or the commercial sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States by MSN of any product covered by ANDA No. 214925 would constitute an act of infringement of Claims 1, 3, and 10-13 of the '721 Patent. This stipulation applies to the ANDA No. 214925 and any product covered by ANDA No. 214925 as the ANDA No. 214925 and products currently exist and are described in ANDA No. 214925, and does not apply to any changes or supplements in ANDA No. 214925 that materially affect the manufacturing or formulation of the product covered by ANDA No. 214925 in a manner relevant to infringement of Claims 1, 3, and 10-13 of the '721 Patent. ACADIA's stipulation in this Paragraph 5 is not and should not be construed as a stipulation of non-infringement of Claims 1, 3, and 10-13 of the '721 Patent.

7. For the purposes of its claims and defenses against MSN only in this litigation only, ACADIA stipulates that it will not allege that its Nuplazid® (pimavanserin) 34mg capsule product is an embodiment of Claims 4 and 5 of the '721 Patent, or that its Nuplazid® (pimavanserin) 34mg capsule product has a nexus to any objective indicia of nonobviousness of Claims 4 and 5 of the '721 patent. ACADIA reserves all rights with respect to any defendant in this litigation other than MSN.

8. MSN reserves all rights to appeal any decision of the Court with respect to issues other than noninfringement of Claims 4 and 5 of the '721 Patent, except that MSN explicitly reserves the right to appeal the Court's Claim Construction Order (D.I. 43) and to assert MSN will

Case 1:22-cv-01387-GBW Document 142-1 Filed 05/23/25 Page 4 of 5 PageID #: 3274

not infringe Claims 4 and 5 under any construction other than those entered in the Court's Claim Construction Order (D.I. 43). ACADIA reserves all rights to appeal any decision of the Court.

Dated: May 23, 2025

SAUL EWING LLP

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jennifer M. Becnel-Guzzo (#4492)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
james.taylor@saul.com
jennifer.becnel-guzzo@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

OF COUNSEL:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
Felix A. Eyzaguirre
Peter E. Conway
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

OF COUNSEL:

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
Michael Baldwin
ArentFox Schiff LLP
1717 K. St. NW
Washington, DC 20006

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.*

**SO ORDERED:**

This 27th day of May, 2025

HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE