IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 22-1387-GBW |
| AUROBINDO PHARMA LIMITED, et al., | CONSOLIDATED |
| Defendants. | |

## MEMORANDUM ORDER

On June 16, 2025, Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (together, "Defendants") filed an uncontested Motion to Seal (D.I. 147), seeking an order sealing the Court's Opinion (D.I. 140) and docketing the proposed redacted form of the Opinion (D.I. 148-1). Having considered the motion, the accompanying declaration (D.I. 148) and proposed redacted form (D.I. 148-1), and the underlying law, the Court concludes that disclosure of the proposed redactions would "work a clearly defined and serious injury to" Defendants, including by revealing proprietary or confidential information. *See In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litg.*, 924 F.3d 662, 672 (3d Cir. 2019.). The Court further concludes that the need to prevent such injury outweighs the public interest in disclosure. Therefore, on this 16th day of September 2025, **IT IS HEREBY ORDERED** that the Court's D.I. 140 Opinion shall remain sealed and that the Clerk is directed to docket the proposed redacted form (D.I. 148-1).

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE